B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Raser Technologies, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>See Attachment A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>87-0638510 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>5152 North Edgewood Drive<br>Provo, Utah<br>ZIP CODE 84604 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Raser Technologies, Inc. | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: See Attachment B | Case Number: | Date Filed: |
|---|---|---|
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑   Exhibit A is attached and made a part of this petition. | X _____ <br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Raser Technologies, Inc. |
|---|---|

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Neil B. Glassman* (signature)
Signature of Attorney for Debtor(s)
Neil B. Glassman
Printed Name of Attorney for Debtor(s)
Bayard, P.A.
Firm Name
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Address
(302) 655-5000
Telephone Number
Date  4/29/11

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

X _____
Address

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Nicholas Goodman* (signature)
Signature of Authorized Individual
Nicholas Goodman
Printed Name of Authorized Individual
Chief Executive Officer, Chairman of the Board of Directors
Title of Authorized Individual   CEO
Date
4-28-11

# ATTACHMENT A

## All Other Names used by the Debtor in the last 8 Years

Wasatch Web Advisors, Inc.

## ATTACHMENT B

### Pending Bankruptcy Case Filed by any Partner or Affiliate of this Debtor

1.    Concurrently herewith, each of the below-listed entities (collectively, the "Debtors"), each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware and has filed a motion with the Court seeking joint administration of the Debtors' respective chapter 11 cases.

| ENTITY NAME | EIN | JURISDICTION OF DOMICILE |
|---|---|---|
| Raser Technologies, Inc. | 87-0638510 | Delaware |
| Raser Technologies Operating Company, Inc. | 71-0952621 | Utah |
| Raser Power Systems, LLC | 20-8659200 | Delaware |
| RT Patent Company, Inc. | 20-2618042 | Delaware |
| Pacific Renewable Power, LLC | 20-8776569 | Delaware |
| Western Renewable Power, LLC | 20-8580074 | Delaware |
| Intermountain Renewable Power, LLC | 20-8725539 | Delaware |
| Los Lobos Renewable Power, LLC | 26-1484697 | Delaware |
| Columbia Renewable Power, LLC | 26-3632681 | Delaware |
| Truckee Geothermal No. 1 SV-01, LLC | 20-8580183 | Delaware |
| Truckee Geothermal No. 2, SV-04, LLC | | Delaware |
| Trail Canyon Geothermal No. 1 SV-02, LLC | 20-8580278 | Delaware |
| Devil's Canyon Geothermal No. 1 SV-03, LLC | 20-8580355 | Delaware |
| Thermo No. 1 BE-01, LLC | 26-2359733 | Delaware |
| Thermo No. 2 BE-02, LLC | | Delaware |
| Thermo No. 3 BE-03, LLC | | Delaware |
| Cricket Geothermal No. 1 MI-01, LLC | | Delaware |
| Harmony Geothermal No. 1 IR-01, LLC | | Delaware |
| Lightning Dock Geothermal HI-01, LLC | 26-1484797 | Delaware |
| Klamath Geothermal No. 1 KL-01, LLC | | Delaware |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | Case No. 11-[_____](___) |
| Debtors. | (Jointly Administered) |

### Exhibit "A" to Voluntary Petition

1)    The securities of Raser Technologies, Inc. ("Raser") are registered under Section 12 of the Securities Exchange Act of 1934. The SEC file number is 001-32661.

2)    Unless expressly stated otherwise herein, the following financial data refers to the latest available information detailing the unaudited financial condition of the Debtors, on a consolidated basis as of December 31, 2010:

    a)    Total assets:    $41,838,760

    b)    Total liabilities:    $107,784,424

    c)    Publicly held debt securities:

| Type of Security | Approximate Aggregate Principal Outstanding Amount | Approximate Number of Record Holders | As Of |
|---|---|---|---|
| 8% Convertible Notes | $55,000,000 | Unavailable | December 31, 2010 |

    d)    Number of shares of preferred stock:    N/A

---

[1]    The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, Klamath Geothermal No. 1 KL-01, LLC, and Borax Geothermal No. 1 HA-01, LLC.

e) <u>Number of shares of common stock</u>: In November 2010, Raser's Common Stock was delisted by the NYSE and it is now trading over-the-counter under the symbol "RZTI".

| Type of Security | Number of Shares Outstanding | Approximate Number of Record Holders | As Of |
|---|---|---|---|
| Common Stock | 117,083,202 | Unavailable | April 12, 2011 |

<u>Comments, if any</u>: The financial information is taken from the unaudited books and records of the Debtors as of the date indicated. Nothing contained herein shall constitute an admission or waiver by the Debtors. Furthermore, the Debtors reserve the right to contest any issue, including, but not limited to, the amount, the validity or priority of any claim or any lien that purports to encumber any asset of the Debtors.

- <u>Description of business</u>: Raser is a publicly-traded, renewable energy technology company primarily focused on geothermal power development.

The following persons directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of Raser as of March 31, 2011

(i)  Kraig Higginson
(ii)  Fletcher International, Ltd.

**Declaration Under Penalty**
**of Perjury on Behalf of Raser Technologies, Inc.**

I, Nicholas Goodman, an authorized signatory of Raser Technologies, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing petition and attachments and they are true and correct to the best of my information and belief.

Date: 4-28-11

Signature: _Nicholas Goodman_
Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| RASER TECHNOLOGIES, INC. | ) Case No. 11-[_____](___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RULE 7007.1 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Raser Technologies, Inc. hereby provides that there are no corporations that own 10% or more of any class of its equity interests.

Dated: April 29, 2011
      Wilmington, Delaware

BAYARD, P.A.

By: */s/ Neil B. Glassman*
    Neil B. Glassman (No. 2087)
    Jamie L. Edmonson (No. 4247)
    GianClaudio Finizio (No. 4253)
    222 Delaware Avenue, Suite 900
    Wilmington, DE 19801
    Phone: (302) 655-5000
    Fax: (302) 658-6395
    nglassman@bayardlaw.com
    jedmonson@bayardlaw.com
    gfinizio@bayardlaw.com

-and-

Peter S. Partee, Sr.
Richard P. Norton
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, NY 10166
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | Case No. 11-[_____]( ___ ) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS
## RASER TECHNOLOGIES, INC., *et al.*

The following is a consolidated list of the debtors' creditors holding the 30 largest unsecured claims. This list is being filed pursuant to 11 U.S.C. § 521, Rules 1007 and 1008 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |

See Attached Chart

---

[1]    The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC. For the purpose of these chapter 11 cases, the service address for all Debtors is: Raser Technologies, Inc., 5152 North Edgewood Drive, Provo, UT 84604.

In re Raser Technologies, Inc., et. al.

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS [1]

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Merrill Lynch<br>1 Bryant Park , 26th Floor<br>New York, New York 10036 | William Wallis<br>p: 980-683-6279<br>f:<br>william.wallis@baml.com | Unsecured Promissory Note | | $ 22,646,575 |
| LindEn Advisor LP<br>590 Madison Ave, 15th Floor<br>New York, NY 10022 | Kislaya Gautam<br>p: 646-840-3500<br>f: 646-840-3625<br>kgautam@lindenlp.com | Unsecured Convertible Note | | $ 21,372,000 |
| Aristeia Capital<br>136 Madison Avenue, 3rd Floor<br>New York, NY 10016 | Stephen Robinson<br>p: 212-842-1963<br>f: 212-842-8901<br>srobinson@enristeincapital.com | Unsecured Convertible Note | | |
| Lazard Asset Management<br>30 Rockefeller Plaza<br>57th Floor<br>New York, NY 10112 | Doug Workman<br>p: 212-632-6142<br>f:<br>douglas.workman@lazard.com | Unsecured Convertible Note | | $ 5,749,307 |
| Pratt & Whitney<br>400 Main St., M/S 191-13<br>East Hartford, CT 06108 | Charles Levy<br>p: 860-565-2444<br>f:<br>charles.levy@pwutc.com | Equipment Payment Holdback Maintenance Contract | Disputed | $ 4,922,201 |
| Tenor Capital Management Co<br>1180 Avenue of the Americas<br>Suite 1940<br>New York, NY 10036 | David V Kay<br>p: 212-918-5207<br>f: 212-991-2592<br>dkay@tenorcapital.com | Unsecured Convertible Note | | $ 4,680,000 |
| Evergreen Clean Energy, LLC<br>4626 North 300 West, Suite 365<br>Provo, UT 84604 | Mark Burdge/Dean Rostrom<br>p: 801-368-2642<br>f:<br>mark.burdge@evergreencleanenergy.com | Unsecured Promissory Note | | $ 2,412,352 |
| Beaver County Treasurer<br>PO Box 432<br>Beaver, UT 84713 | LEE ANN DALTON<br>p: 435-438-6483<br>f: | Property Tax | | $ 1,076,524 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | p: 801-297-2200<br>f: 801-297-7699 | Use Tax | Disputed | $ 588,849 |
| Bombay Investments<br>4061 Powers Circle<br>Salt Lake City, UT 84124 | Mark Sansom<br>p: 801-272-8722<br>f: 801-930-9500<br>marksansom@comcast.com | Unsecured Promissory Note | | $ 436,096 |
| Evolution Markets<br>PO Box 10129<br>Uniondale, NY 11555 | Tara Cleary<br>p: 914-323-0206<br>f: 914-328-3701 | Consulting | Contingent | $ 421,081 |
| HDR/CUMMINGS & BARNARD, INC.<br>5405 DATA COURT, SUITE 100<br>ANN ARBOR, MI 48108 | Robert Shilander<br>p: 734-332-6486<br>f: 734-761-9881<br>robert.shilander@hdrinc.com | Consulting | Disputed | $ 212,204 |
| STOEL RIVES<br>900 SW FIFTH AVE., SUITE 2600<br>PORTLAND, OR 97204 | Reed Topham<br>p: 800-305-8453<br>f: 801-578-6999 Utah office<br>rwtopham@stoel.com | Legal services | | $ 159,369 |
| ROCKY MOUNTAIN POWER<br>1033 NE 6TH AVE.<br>PORTLAND, OR 97256 | Tom Heaton<br>p: 888-221-7070<br>f:<br>tom.heaton@pacificorp.com | Electricity provider | | $ 133,304 |
| BONNEVILLE POWER ADMINISTRATION<br>PO BOX 3621<br>PORTLAND, OR 97208 | Esteban Acosta<br>p: 503-230-3574<br>f: | Wheeling | Disputed | $ 127,143 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicated if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NICK GOODMAN 5152 N Edgewood Dr Suite 200 Provo, UT 84604 | Nick Goodman p: 801-765-1200 f: 801-374-3314 nick.goodman@rasertech.com | Employee | | $ 97,694 |
| DEPARTMENT OF INTERIOR-MMS BOX 5640 DENVER, CO 80217 | Leona Reilly p: 303-231-3024 f: 303-445-9537 leona.reilly@boemre.gov | Leases | | $ 84,075 |
| HAMILTON ENVIRONMENTAL, LLC 485 WEST 1400 NORTH OREM, UT 84057 | JAY HAMILTON p: 801-224-4585 f: hamiltonenviro@yahoo.com | Consultant | | $ 58,701 |
| JOHN PERRY 5152 N Edgewood Dr Suite 200 Provo, UT 84604 | John Perry p: 801-765-1200 f: 801-374-3314 john.perry@rasertech.com | Employee | | $ 58,199 |
| AIRGAS REFRIGERANTS 38-18 33 Street Long Island City, NY 11101 | Marie Vaccaro p: 800-473-3766 x 247 f: 718-392-0675 | Refrigerant Supplier | | $ 52,875 |
| R.R. DONNELLEY RECEIVABLES, INC. PO BOX 730216 DALLAS, TX 75373 | Tracey Dulaney p: 630-322-6174 f: 630-322-6815 | Financial Printer and Filer | | $ 51,936 |
| NYSE MARKET, INC. BOX #4006 PO BOX 8500 PHILADELPHIA, PA 19178 | p: 212-656-4944 f: | Stock Listing | | $ 47,000 |
| INTERLINK MANAGEMENT CORP. 418 WEST 3700 NORTH PROVO, UT 84604 | Tim Bridgewater p: 801-244-0037 f: 801-921-4630 tbridgewater@i-caps.com | Consulting | | $ 45,000 |
| QUANTEC GEOSCIENCE 146 Sparks Ave Toronto , Ontario M2H 254 Canada | Kenny Fung p: 416-306-1941 x 235 f: 416-306-1949 kfung@quantecgeoscience.com | Consulting | | $ 43,175 |
| EARTH TOUCH, INC. 3135 N. FAIRFIELD RD. LAYTON, UT 84041 | Jerilyn Norton p: 801-771-2800 x102 f: 801-771-2838 jnorton@earthtouchinc.com | Consulting | | $ 39,028 |
| GARDNER BROTHERS DRILLING, INC. PO BOX 965 ENTERPRISE, UT 84725 | Jeff Gardner p: 435-878-5602 f: 435-878-5771 info@gardnerbrothersdrilling.com | Pump service and equipment provider | | $ 33,233 |
| EDWARD KERR 255 Sacaton Lane Animas, NM 88020 | Edward Kerr p: f: | Consulting | Disputed | $ 31,885 |
| Geo Hills Associates 1950 Champion Hills Dr Reno, NV 89523 | Jim Combs p: 775-827-1960 f: | Consulting | Disputed | $ 31,350 |
| SWCA ENVIRONMENTAL CONSULTANTS PO BOX 92170 ELK GROVE VILLAGE, IL 60009 | Angela Garcia p: 801-322-4307 f: 801-322-4308 agarcia@swca.com | Consulting | | $ 27,241 |
| REYNOLD ROEDER 5152 N Edgewood Drive, Suite 200 Provo, UT 84604 | Reynold Roeder p: 801-765-1200 f: 801-374-3314 | Board of Director Fees | | $ 24,000 |

[1] - The Debtors have not yet identified which of the largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff, as appropriate. Inclusion of a claim on the consolidated list is not an admission that the amounts listed are non-contingent, liquidated, undisputed and/or not subject to setoff nor an admission that the amounts listed are owed by the Debtors.

**Declaration Under Penalty of Perjury**
**on Behalf of a Corporation or Partnership**

I, Nicholas Goodman, an officer of Raser Technologies, Inc. and each of the other affiliated debtors in the above-captioned cases, declare under penalty of perjury that I have read the foregoing schedule and that it is true and correct to the best of my information and belief.

Raser Technolgoies, Inc.., *et al.*

Debtors

4-25-11

Date

Nicholas Goodman
Chief Executive Officer

## SECRETARY'S CERTIFICATE

The undersigned Secretary of the Meeting of the Board of Directors of Raser Technologies, Inc. (the "Company"), hereby certifies that the following resolutions were duly adopted by unanimous vote of Directors of the Company (the "**Board of Directors**") on April 26, 2011, at which were present Nicholas Goodman, Chairman, James Herickhoff, Barry Markowitz, Reynold Roeder and Scott Doughman, being all of the members of the Board of Directors of the Company:

RESOLVED, that in the good faith business judgment of the Company's Directors, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for the Company and its direct and indirect wholly-owned subsidiaries; and it is

RESOLVED, FURTHER, that in the good faith business judgment of the Company's Directors, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that the Company shall enter into a Plan Support and Restructuring Agreement with Linden Advisors, LP, Tenor Capital Management Company, LP, and The Prudential Insurance Company of America, Zurich American Insurance Company and Deutsche Bank Trust Company Americas substantially in the form and substance of the Plan Support and Restructuring Agreement circulated to the Board for review prior to the meeting, and complete all of the transactions contemplated thereby including, without limitation, the debtor-in-possession financing; and it is

RESOLVED FURTHER, that Nicholas Goodman or John Perry, in their capacity as officers of the Company (collectively, the "Officers"), be, and each is hereby, authorized, empowered and directed to execute and deliver the Plan Support and Restructuring Agreement on behalf of and in the name of the Company, and in their capacity as authorized officers of the direct and indirect wholly-owned subsidiaries of the Company, and execute and deliver all instruments, documents, agreements and filings, and take all other action reasonable and necessary or appropriate, in their discretion, to complete all of the transactions contemplated by the Plan Support and Restructuring Agreement including, without limitation, the debtor-in-possession financing; and it is

RESOLVED FURTHER, that Nicholas Goodman or John Perry, in their capacity as officers of the Company (collectively, the "Officers"), be, and each is hereby, authorized, empowered and directed to execute and verify on behalf of and in the name of the Company, and in their capacity as authorized officers of the direct and indirect wholly-owned subsidiaries of the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court in such form and at such time as the Officer executing said petition on behalf of the Company and the subsidiaries shall determine; and it is

RESOLVED FURTHER, that the Company shall be and is hereby, authorized, and empowered, to execute, verify and/or file, or cause to be filed and or executed or verified (or direct others to do so on its behalf as provided herein) all necessary documents, including without

limitation a plan of reorganization and disclosure statement (for the Company and each direct and indirect wholly-owned subsidiary), and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel or other professionals and to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, including, without limitation, incurring post-petition debt, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Officers of the Company or any one of them be, and each is hereby, authorized, empowered and directed to (i) prepare, or cause to be prepared on the Company's behalf (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), the necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers referred to in the foregoing resolution, and, (ii) in the express prior approval of the Directors (a) file and prosecute to a conclusion any such plan of reorganization, and (b) to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, including, without limitation, incurring post-petition debt, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), the law firm of Hunton & Williams LLP under a special retainer as general bankruptcy counsel to the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), the law firm of Sichenzia Ross Friedman Ference LLP under a special retainer as general corporate counsel to the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), the law firm of Bayard, P.A. under a special retainer as local and conflicts counsel to the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), Canaccord Genuity under a special retainer as Financial Advisors to the Company (and on behalf of each of the Company's direct

and indirect wholly-owned subsidiaries) on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), American Legal Claim Services, LLC under a special retainer as Claims, Noticing and Balloting Agent for the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized and empowered to employ, on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries), such other counsel, financial advisors or other professionals as may be prudent and desirable in connection with the prosecution and/or administration of the restructuring of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) under the Bankruptcy Code on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries) under chapter 11 of the Bankruptcy Code be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company (and on behalf of each of the Company's direct and indirect wholly-owned subsidiaries, as the case may be).

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of April, 2011.

Andrew M. Smith, Secretary of the Meeting