# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 11-11315 (KJC) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR FIRST DAY
## HEARING ON MAY 3, 2011 AT 10:30 A.M. (EASTERN TIME)

1.    **VOLUNTARY CHAPTER 11 PETITIONS:**

        a)      Raser Technologies, Inc. (Case No. 11-11-11315)

        b)      Raser Technologies Operating Company, Inc. (Case No. 11-11319)

        c)      Raser Power Systems, LLC (Case No. 11-11322)

        d)      RT Patent Company, Inc. (Case No. 11-11-11323)

        e)      Pacific Renewable Power, LLC (Case No. 11-11327)

        f)      Western Renewable Power, LLC (Case No. 11-11328)

        g)      Intermountain Renewable Power, LLC (Case No. 11-11330)

        h)      Los Lobos Renewable Power, LLC (Case No. 11-11331)

        i)      Columbia Renewable Power, LLC (Case No. 11-11333)

        j)      Truckee Geothermal No. 1 SV-01, LLC (Case No. 11-11334)

        k)      Truckee Geothermal No. 2 SV-04, LLC (Case No. 11-11337)

---

[1]    The Debtors are the following:  Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC.

l)     Trail Canyon Geothermal No. 1 SV-02, LLC (Case No. 11-11338)

m)    Devil's Canyon Geothermal No. 1 SV-03, LLC (Case No. 11-11341)

n)    Thermo No. 1 BE-01, LLC (Case No. 11-11339)

o)    Thermo No. 2 BE-02, LLC (Case No. 11-11343)

p)    Thermo No. 3 BE-03, LLC (Case No. 11-11344)

q)    Cricket Geothermal No. 1 MI-01, LLC (Case No. 11-11347)

r)    Harmony Geothermal No. 1 IR-01, LLC (Case No. 11-11348)

s)    Lightning Dock Geothermal HI-01, LLC (Case No. 11-11349)

t)    Klamath Geothermal No. 1 KL-01, LLC (Case No. 11-11350)

2.    **DECLARATION IN SUPPORT OF FIRST DAY MOTIONS:**

a)    Declaration of Nicholas Goodman in Support of First Day Pleadings [Filing Date: 04/29/11; Docket No. 5]

3.    **FIRST DAY PLEADINGS:**

a)    Motion to Authorize Joint Administration of Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) [Filing Date: 04/29/11; Docket No. 4];

b)    Motion of the Debtors and Debtors-In-Possession for Entry of an Order Appointing American Legal Claim Services, LLC as Claims, Noticing and Balloting Agent [Filing Date: 04/29/11; Docket No. 6];

c)    Motion Pursuant to Sections 105, 363, 507, 1107 and 1108 of the Bankruptcy Code for Entry of an Order (I) Authorizing Debtors to Pay Prepetition Wages, Salaries and Benefits; (II) Authorizing Debtors to Continue Employee Benefit Programs in the Ordinary Course of Business; and (III) Directing all Banks to Honor Prepetition Checks for Payment of Prepetition Wage, Salary and Benefit Obligations [Filing Date: 04/29/11; Docket No. 7];

d)    Motion for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c)(1), 364, 503 and 507 of the Bankruptcy Code (I) Authorizing Continued Maintenance of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Cash Management System; (III) According Administrative Expense Status for Intercompany Claims, (IV) Authorizing Continued Use of Existing Checks and Business Forms; (V) Authorizing Closure of Unnecessary Bank

Accounts; and (VI) Waiving the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 04/29/11; Docket No. 8]; and

e) Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing,(II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c) [Filing Date: 04/9/11; Docket No. 9].

## MATTERS TO BE SERVED OUT ON NOTICE

f) Motion of the Debtors for an Order Allowing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Filing Date: 04/29/11; Docket No. 10]

g) Motion Pursuant to Sections 105 And 366 of the Bankruptcy Code for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; and (II) Determining that the Utilities are Adequately Assured of Post-Petition Payment [Filing Date: 04/29/11; Docket No. 11]

Dated: May 2, 2011                        BAYARD, P.A.
       Wilmington, Delaware

                              By:    */s/ Neil B. Glassman*
                                      Neil B. Glassman (No. 2087)
                                      Jamie L. Edmonson (No. 4247)
                                      GianClaudio Finizio (No. 4253)
  222 Delaware Avenue, Suite 900
  Wilmington, DE 19801
  Phone: (302) 655-5000
  Fax: (302) 658-6395
  nglassman@bayardlaw.com
  jedmonson@bayardlaw.com
  gfinizio@bayardlaw.com

  -and-

  Peter S. Partee, Sr. (N.Y. Bar No. 4484234)
  Richard P. Norton (N.Y. Bar No. 3975737)
  HUNTON & WILLIAMS LLP
  200 Park Avenue, 53rd Floor
  New York, New York 10166-0136
  Telephone: (212) 309-1000
  Telecopier: (212) 309-1100

  -and-

  Michael G. Wilson (VSB No. 48927, DE No. 4022)
  Henry P. (Toby) Long, III (VSB No. 75134)
  HUNTON & WILLIAMS LLP
  Riverfront Plaza, East Tower
  951 East Byrd Street
  Richmond, Virginia 788-8200
  Telecopier: (804) 788-8218

  *Proposed Attorneys for Debtors*
  *and Debtors-in-Possession*