# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re RASER TECHNOLOGIES, INC. <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11315 (KJC) |
| In re RASER TECHNOLOGIES OPERATING COMPANY, INC. <br> Debtor. | ) ) ) ) ) | Chapter 11 <br> Case No. 11-11319 (KJC) |
| In re RASER POWER SYSTEMS, LLC <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11322 (KJC) |
| In re RT PATENT COMPANY, INC. <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11323 (KJC) |
| In re PACIFIC RENEWABLE POWER, LLC <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11327 (KJC) |
| In re WESTERN RENEWABLE POWER, LLC <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11328 (KJC) |
| In re INTERMOUNTAIN RENEWABLE POWER, LLC <br> Debtor. | ) ) ) ) ) | Chapter 11 <br> Case No. 11-11330 (KJC) |
| In re LOS LOBOS RENEWABLE POWER, LLC <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11331 (KJC) |
| In re COLUMBIA RENEWABLE POWER, LLC <br> Debtor. | ) ) ) ) | Chapter 11 <br> Case No. 11-11333 (KJC) |

| | |
|---|---|
| In re TRUCKEE GEOTHERMAL NO. 1 SV-01, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11334 (KJC) |
| In re TRUCKEE GEOTHERMAL NO. 2, SV-04, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11337 (KJC) |
| In re TRAIL CANYON GEOTHERMAL NO. 1 SV-02, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11338 (KJC) |
| In re DEVIL'S CANYON GEOTHERMAL NO. 1 SV-03, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11341 (KJC) |
| In re THERMO NO. 1 BE-01, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11339 (KJC) |
| In re THERMO NO. 2 BE-02, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11343 (KJC) |
| In re THERMO NO. 3 BE-03, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11344 (KJC) |
| In re CRICKET GEOTHERMAL NO. 1 MI-01, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11347 (KJC) |
| In re HARMONY GEOTHERMAL NO. 1 IR-01, LLC<br>Debtor. | Chapter 11<br>Case No. 11-11348 (KJC) |

| | )  | |
|---|---|---|
| In re LIGHTNING DOCK GEOTHERMAL HI-01, LLC | ) ) | Chapter 11 Case No. 11-11349 (KJC) |
| Debtor. | ) ) ) | |
| In re KLAMATH GEOTHERMAL NO. 1 KL-01, LLC | ) ) ) | Chapter 11 Case No. 11-11350 (KJC) |
| Debtor. | ) ) | D.I. # 4 |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 11-11315 (KJC) in accordance with the provisions of

3

Bankruptcy Rule 1015(b), and the joint caption of the cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*, | ) Case No. 11-11315 (KJC) |
| Debtors. | ) (Jointly Administered) |

3. All original pleadings shall be captioned as indicated in the preceding paragraph, without reference to the Debtors' respective states of incorporation and tax incorporation matters, all original docket entries shall be made solely in the case of Raser Technologies, Inc., Case No. 11-11315 (KJC) unless the Court orders otherwise.

4. A docket entry shall be made in each of the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case consolidating this case with the case of Raser Technologies, Inc., Case No. 11-11315 (KJC) for procedural purposes only and providing for its joint administration in accordance with the terms thereof.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

5. All schedules of assets and liabilities, statements of financial affairs, and proofs of claim shall be captioned and filed in each of the Debtors' respective, separate cases, as appropriate. All other documents shall be captioned and filed solely in the lead case unless otherwise ordered by the Court.

Dated: _May 3_, 2011
Wilmington, Delaware

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

5