UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
Raser Technologies, Inc. : Case No. 11-11315 (KJC)
:
: NOTICE OF APPOINTMENT OF
: COMMITTEE OF UNSECURED
Debtors. : CREDITORS
---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon**, Attn: Alex Chang, 101 Barclay Street, 8W, New York NY 10296, Phone: 212-815-2816

2. **Bombay Investments**, Attn: Mark Sansom, 4061 Powers Circle, Salt Lake City UT 84124, Phone: 801-272-8722, Fax: 801-930-9500

3. **Quantec Geoscience Limited**, Attn: Carey Chow, 146 Sparks Avenue, Toronto Ontario M2H2S4, Phone: 416-306-1941, Fax: 416-306-1949


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David Klauder,  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 12, 2011

Attorney assigned to this Case: David Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jamie L. Edmonson, Esquire, Phone: (302) 429-4234, Fax: (302) 658-6395