# EXHIBIT A

## Summary Comparison of
## DIP Financing Agreement and Alternate Financing Proposal

This Summary Comparison compares only the material differences between the DIP Financing Agreement and the Alternate Financing Proposal. Any provision of the DIP Financing Agreement that is not included here is to be incorporated into the Alternate Financing Proposal.

|  | **DIP Financing Agreement** | **Alternate Financing Proposal** |
|---|---|---|
| **Lender** | Linden Capital L.P. and Tenor Opportunities Master Fund, Ltd. (together with one or more affiliates of each, the "**Lenders**") The commitments of the Lenders shall be several and not joint. | The Alternate Lenders |
| **Administrative Agent** | Wilmington Trust Company (the "**Administrative Agent**") | Administrative Agent to be designated by the Alternate Lenders in the Definitive Documentation. |
| **Commitment, Availability and Purpose** | The Lenders agree to provide the Borrower with multiple draw loans (the "**Commitments**") in an aggregate amount of up to $8.75 million plus Expense Payments (not well defined). (the "**Commitment Amount**"). <br><br> Subject to defined conditions (including Bankruptcy Court approval of the DIP documentation and DIP Facility and validity of Thermo Lenders liens), the Borrower may borrow an initial aggregate amount of $750,000 (the "**Initial DIP Loan**") in a single draw-down to fund working capital needs. <br><br> Subject to conditions, upon the occurrence of both the Definitive Documentation Date and the Final Order and prior to the "Effective Date" of the Plan, the | The Lenders agree to provide the Borrower with multiple draw loans (the "**Commitments**") in an aggregate amount of up to $3.0 million (the "**Commitment Amount**"). <br><br> Subject to defined conditions, upon the occurrence of both the Definitive Documentation Date and the Final Order and prior to the "Effective Date" of the Plan, the Borrower may borrow up to $3.0 million to be used as follows: <br><br> (i) to fund day-to-day working capital needs, <br><br> (ii) pay costs and expenses of the bankruptcy plan in accordance with the Budget, and <br><br> (iii) to repay the Secured Bridge Loan according to its terms and Interim DIP Financing approved by this Court on May 4, 2011. |

|  |  |  |
|---|---|---|
|  | Borrower may borrow up to $8.75 million as follows:<br><br>(a) (i) a term loan of $6.0 million to pay in full the Thermo Lenders plus (ii) reasonable, documented out of pocket expenses and attorneys fees for documenting this transaction (the "Thermo Lender Reimbursement Amount").<br>(b) a multiple draw loan of up to $2.75 million (less the Thermo Lender Reimbursement Amount"), including the Initial DIP Loan, (i) to fund day-to-day working capital needs and (ii) pay costs and expenses of the bankruptcy plan in accordance with the Budget. | Given that the Thermo Lenders are pre-petition secured creditors, the Alternate Financing Proposal does not provide for payment to the Thermo Lenders in any amount in excess of that required to adequately protect their interests in their collateral. |
| **Documentation** | Definitive documentation reasonably satisfactory to Lenders, Borrower and necessary parties governing the DIP Loans and approved by the Bankruptcy Court (the "DIP Loan Documentation"). Such DIP Loan documentation shall be executed and delivered by the parties on or prior to May 20, 2011 and shall be approved by the Bankruptcy Court upon the entry of the Final Order; provided that in the event it is not executed and delivered by then, the Debtors shall be considered in default and the DIP Loans shall become immediately due and payable. | Same, except that the dates may need to be altered to reflect the timing of the Court's approval of the Alternate Financing Proposal. |
| **Collateral** | Prior to the entry of the Final Order, all obligations of the Debtors under the DIP Facility | Upon entry of the Final Order and payment of the Bridge Facility and Interim DIP financing, all obligations of |

<mark>-2-</mark>

|  | shall be secured by (i) first-priority blanket liens and security interests on all assets of the Debtors (other than Existing Collateral) that are not subject to existing liens, and (ii) junior liens and security interests on all assets of the Debtors that are subject to existing liens or security interests including the Existing Collateral.<br><br>Following the Thermo Lender Payment, the DIP Facility obligations shall be secured by (i) a first-priority priming lien and security interest on the Existing Collateral, (ii) first-priority blanket liens and security interests on all other assets of the Debtors that are not subject to existing liens, (iii) junior liens and security interests on all assets that are subject to existing liens, and (iv) super-priority administrative expense claims against the Debtors' bankruptcy estates.<br><br>Upon the entry of the Final Order, the foregoing liens are subject to Section 1930 accrued and unpaid fees plus allowed fees of professionals. | the Debtors under the Alternate Financing Proposal shall be secured by first-priority blanket liens and security interests previously held by the Lenders and Bridge Facility lender.<br><br>The Alternate Lenders will take a junior position to the Thermo Lenders as to the Existing Collateral. |
| --- | --- | --- |
| **Budget** | A 13-week rolling cash budget will be approved by the Lenders and attached to the Interim DIP Motion, with DIP Loan disbursements tied to and limited by the budget, unless approved by Lenders. Borrower to provide the Administrative Agent with updated budgets every 2 weeks on ongoing basis.<br><br>DIP Commitments shall | Same rolling cash budget provision.<br><br>DIP Commitments shall terminate and be repaid on the earlier of (i) the effective date of a plan of reorganization acceptable to the Alternate Lenders in its sole discretion and (ii) second anniversary of the order approving the Alternate Financing Proposal. |

|  |  |  |
|---|---|---|
|  | terminate and be repaid on the earliest of (i) May 4, 2011 if the Interim Order is denied, (ii) May 20, 2011 if the Final Order has not been entered, (iii) August 11, 2011 if an order confirming the Plan is not entered, (iv) the Effective Date of the Plan, (v) August 26, 201, and (vi) the acceleration of the loans, if it occurs in accordance with the terms of the DIP Loans Documentation. |  |
| **Closing Date** | Closing Date for the DIP Facility to occur upon entry of the Interim Order, but no later than May 4, 2011. | Date to be determined based on date Court approves the Alternate Financing Proposal. |
| **Compensation** | The Borrower agrees to compensate the Lenders as follows. | Same. |
| **Interest Rate** | 15% per annum on the outstanding principal amount of the DIP Loans and the Commitment Fees, compounded monthly, payable at maturity of the DIP Facility. In case of Event of Default, the interest rate applicable to the DIP Facility (and all outstanding amounts) shall equal 17%. Interest after maturity shall be payable upon demand. | 10% per annum on the outstanding principal amount of the DIP Loans and the Commitment Fees, compounded monthly, payable at maturity of the DIP Facility (the "**Interest Rate**"). In case of Event of Default, the Interest Rate applicable to the DIP Facility (and all outstanding amounts) shall equal 15%. Interest after maturity shall be payable upon demand. |
| **Commitment Fees** | A fee equal to 10% of the Initial DIP Loans earned upon entry of the Initial Order.<br><br>A fee equal to 10% of the Commitment Amount (less the amount of the Initial DIP Loans) earned upon entry of the Final Order<br><br>Once earned, all Commitment Fees will accrue interest at the Interest Rate. All Commitment Fees (together with interest) will | No Commitment Fees. |

| | | |
|---|---|---|
| | be payable upon maturity of the DIP Facility. | |
| **Credit of Interest and Commitment Fees** | If the Plan is confirmed and goes effective as planned and there is no default on the DIP Loans, then all interest and commitment fees will be credited in accordance with the PSA and Plan Term Sheet. | Interest will be paid to the Alternate Lenders in accordance with the terms of this DIP Term Sheet. |
| **Condition of each DIP Loan** | (a) Balance available under the DIP Commitment ($8.75 million);<br><br>(b) For Initial DIP Loan, Interim Order entered and in full force and effect as issued;<br><br>(c) For any subsequent Loan, (i) Definitive Documentation completed, Final Order and Auction Procedures Order entered and in full force and effect as issued;<br><br>(d) No Event of Default;<br><br>(e) Reps and warranties true and correct;<br><br>(f) Receipt of a notice of borrowing satisfactory to the Lenders;<br><br>(g) Plan Support Agreement (PSA) not terminated and no notice of termination;<br><br>(h) Other customary conditions satisfied | (a) Balance available under the DIP Commitment ($3.0 million);<br><br>(b) Definitive Documentation Completed and Final Order entered and in full force and effect as issued;<br><br>(c) No Event of Default;<br><br>(d) Representations and warranties true and correct;<br><br>(e) Receipt of a notice of borrowing satisfactory to lenders;<br><br>(f) Other customary conditions satisfied. |

| | | |
|---|---|---|
| **Events of Default** | Upon the occurrence of any of the following Events of Default, the Lender may (i) declare principal and accrued interest immediately due and payable, (ii) terminate the Commitments, (iii) set-off accounts, (iv) take any other action permitted under the DIP Loan Documentation.<br><br>Events of Default:<br><br>1. Failure to pay;<br><br>2. Breach of any negative covenant;<br><br>3. Breach of any covenant or agreement in the DIP Loan Documentation;<br><br>4. Failure of Debtors to obtain the Interim Order by May 4, 2011;<br><br>5. Failure of Definitive Documentation Date to occur on or prior to May 20, 2011;<br><br>6. Failure to obtain Final Order by May 20, 2011;<br><br>7. Failure to obtain confirmation of Plan by August 11, 2011;<br><br>8. Failure of Plan to become effective by August 26, 2011;<br><br>9. Any rep or warranty of Debtors proven incorrect in any material way; | Upon the occurrence of any of the following Events of Default, the Alternate Lenders may (i) declare principal and accrued interest immediately due and payable, (ii) terminate the Commitments, (iii) set-off accounts, (iv) take any other action permitted under the DIP Loan Documentation.<br><br>Events of Default:<br><br>1. Failure to pay<br><br>2. Breach of any negative covenant<br><br>3. Breach of any covenant or agreement in the DIP Loan Documentation;<br><br>4. Failure of Definitive Documentation Date to occur on or prior to May 25, 2011;<br><br>5. Any representation or warranty of Debtors proven incorrect in any material way;<br><br>6. Any cases dismissed or converted to Chapter 7; a Chapter 11 Trustee or examiner is appointed; any superpriority or other lien is granted in any of the cases;<br><br>7. Debtor makes any payment other than an approved payment;<br><br>8. Bankruptcy Court enters an order granting relief from the automatic stay to holder of any security interest to permit foreclosure on any assets having an aggregate value above $350,000;<br><br>9. Any material provision of the DIP Loan Documentation or Final Order |

| | | |
|---|---|---|
| | 10. Any cases dismissed or converted to Chapter 7; a Chapter 11 Trustee or examiner is appointed; any superpriority or other lien is granted in any of the cases;<br><br>11. Debtor makes any payment other than an approved payment;<br><br>12. Bankruptcy Court enters an order granting relief from the automatic stay to holder of any security interest to permit foreclosure on any assets having an aggregate value above $350,000;<br><br>13. A change of control shall occur;<br><br>14. Any material provision of the DIP Loan Documentation, Interim Order or Final Order shall cease to be valid and binding on any Debtor;<br><br>15. An order is entered reversing, staying or modifying for more than 15 days the Interim Order or Final Order without prior consent of the Lenders;<br><br>16. The PSA is terminated; or<br><br>17. Other customary or reasonable Events of Default. | shall cease to be valid and binding on any Debtor;<br><br>10. An order is entered reversing, staying or modifying for more than 15 days the Final Order without prior consent of the Lenders; or<br><br>11. Other customary or reasonable Events of Default. |