## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RASER TECHNOLOGIES, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11315 (KJC)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
### AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their

appearance in the above-captioned chapter 11 cases on behalf of the Official

Committee of Unsecured Creditors, pursuant to Rules 2002, 9007, and 9010(b) of the

Federal Rules of Bankruptcy Procedure, Rule 2002-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, and section 1109(b) of title 11 of the United States Code (the

"Bankruptcy Code"), and hereby demand copies of all notices given or required to be

given in these cases and all papers served in these cases (including, but not limited

to, all papers filed and served in all adversary proceedings, contested matters, and

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI- 01, LLC, and Klamath Geothermal No. 1 KL-01, LLC. For the purpose of these chapter 11 cases, the service address for all Debtors is: Raser Technologies, Inc., 5152 North Edgewood Drive, Provo, UT 84604.

other proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

> Francis A. Monaco, Jr.
> Michael G. Busenkell
> Womble Carlyle Sandridge & Rice, PLLC
> 222 Delaware Avenue, Ste. 1501
> Wilmington, DE  19801
> Telephone:  (302) 252-4320
> Facsimile:  (302) 252-4330
> E-mail:  fmonaco@wcsr.com
> E-mail: mbusenkell@wcsr.com
>
> Richard J. Bernard
> Douglas E. Spelfogel
> Alissa M. Nann
> Foley & Lardner LLP
> 90 Park Avenue
> New York, NY 10016
> Telephone:  (212) 682-7474
> Facsimile:  (212) 687-2329
> E-mail:  rbernard@foley.com
> E-mail:  dspelfogel@foley.com
> E-mail:  anann@foley.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, or otherwise,

2

that affect the above-captioned debtors or the property of the above-captioned

debtors.

Dated:  May 16, 2011                    **WOMBLE CARLYLE SANDRIDGE**
                                              **& RICE, PLLC**


    /s/ Michael G. Busenkell
Michael G. Busenkell (DE Bar No. 3933)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Ericka F. Johnson (DE Bar No. 5024)
222 Delaware Avenue, Ste. 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  fmonaco@wcsr.com
E-mail: mbusenkell@wcsr.com

Richard J. Bernard
Douglas E. Spelfogel
Alissa M. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-2329
E-mail:  rbernard@foley.com
E-mail:  dspelfogel@foley.com
E-mail:  anann@foley.com


*Proposed Counsel for the Official Committee of
Unsecured Creditors*

WCSR  4618792v1