**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) ) ) | Case No. 11-11315 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 19, 2011 AT 2:00 P.M. (EASTERN TIME)
(HEARING CANCELLED AND ADJOURNED TO
MAY 25, 2011 AT 11:00 A.M.)**

I. **UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION**

1. Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filing Date: 04/29/11; Docket No. 10]

    Related Documents:

    a) Notice of Hearing on Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filing Date: 5/4/11; Docket No. 37]

    b) Certification of No Objection [Filing Date: 05/16/11; Docket No. 63]

    c) Proposed Order

    Response Deadline: May 12, 2011 at 4:00 p.m.

    Responses Received: None.

    Status: No objections were received and a Certification of No Objection was filed. No hearing is required unless the Court directs otherwise.

---
[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC.
[2] **Amended items appear in bold font.**

## II. UNCONTESTED MATTER GOING FORWARD

2. Motion for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c)(1), 364, 503 and 507 of the Bankruptcy Code (I) Authorizing Continued Maintenance of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Cash Management System; (III) According Administrative Expense Status for Intercompany Claims, (IV) Authorizing Continued Use of Existing Checks and Business Forms; (V) Authorizing Closure of Unnecessary Bank Accounts; and (VI) Waiving the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 4/29/11; Docket No. 8]

   Related Document:

   a) Order (Interim) (I) Authorizing Continued Maintenance of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Cash Management System; (III) According Administrative Expense Status for Intercompany Claims, (IV) Authorizing Continued Use of Existing Checks and Business Forms; (V) Authorizing Closure of Unnecessary Bank Accounts; and (VI) Waiving On An Interim Basis the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 5/3/11; Docket No. 33]

   b) Notice of Hearing on Motion for Interim and Final Orders Pursuant to Sections 105(a), 345(b), 363(c)(1), 364, 503 and 507 of the Bankruptcy Code (I) Authorizing Continued Maintenance of Existing Bank Accounts; (II) Authorizing Continued Use of Existing Cash Management System; (III) According Administrative Expense Status for Intercompany Claims, (IV) Authorizing Continued Use of Existing Checks and Business Forms; (V) Authorizing Closure of Unnecessary Bank Accounts; and (VI) Waiving the Requirements of Section 345(b) of the Bankruptcy Code [Filing Date: 5/4/11; Docket No. 40]

   Response Deadline: May 18, 2011 at 12:00 p.m.

   Responses Received: None.

   Status: **This matter has been adjourned to the May 25, 2011 hearing at 11:00 a.m.**

3. Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of the Reorganized Raser Equity [Filing Date: 5/5/11; Docket No. 47]

   Related Documents:

   a) Proposed Order

Response Deadline: May 18, 2011 at 12:00 p.m. (**extended until May 24, 2011 at 12:00 p.m. for the Committee and the U.S. Trustee**)

Responses Received: None.

Status: **This matter has been adjourned to the May 25, 2011 hearing at 11:00 a.m.**

III. **CONTESTED MATTER GOING FORWARD**

4. Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c) [Filing Date: 4/29/11; Docket No. 9]

   Response Deadline: May 12, 2011 at 4:00 p.m. (**extended until May 24, 2011 at 12:00 p.m. for the Committee and the U.S. Trustee**; and extended until May 16, 2011 at 12:00 p.m. for Merrill Lynch)

   Related Documents:

   a) Order (Interim) (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Filing Date: 5/3/11; Docket No. 34]

   b) Notice of Hearing on Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c) [Filing Date: 5/3/11; Docket No. 41]

   Responses Received:

   a) Limited Objection of Evergreen FE Lightning Dock, LLC to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Filing Date: 5/12/11; Docket No. 52]

b) Objection to Debtor's Motion for Entry of Interim and Final Order (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing filed by Kraig Higginson [Filing Date: 5/13/11; Docket No. 53]

c) Objection to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Fed R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by Merrill Lynch, Pierce, Fenner & Smith Incorporated [Filing Date: 5/16/11; Docket No. 59]

d) **Objection to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Fed R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by Prescott Lovern [Docket No. TBD]**

Status: **This matter has been adjourned to the May 25, 2011 hearing at 11:00 a.m.**

5. Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; and (II) Determining that the Utilities are Adequately Assured of Post-Petition Payment [Filing Date: 04/29/11; Docket No. 11]

Related Documents:

a) Notice of Hearing on Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; and (II) Determining that the Utilities are Adequately Assured of Post-Petition Payment [Filing Date: 5/4/11; Docket No. 39]

Response Deadline: May 12, 2011 at 4:00 p.m.

Responses Received:

a) Informal Objection of Rocky Mountain Power.

Status: **This matter has been adjourned to the May 25, 2011 hearing at 11:00 a.m.**

Dated: May 17, 2011
Wilmington, Delaware

BAYARD, P.A.

By: __/s/ GianClaudio Finizio__
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Fax: (302) 658-6395
nglassman@bayardlaw.com
jedmonson@bayardlaw.com
gfinizio@bayardlaw.com

-and-

Peter S. Partee, Sr. (N.Y. Bar No. 4484234)
Richard P. Norton (N.Y. Bar No. 3975737)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Proposed Attorneys for Debtors
and Debtors-in-Possession*