## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*, | Case No. 11-11315 (KJC) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF MARK BURDGE IN SUPPORT OF OBJECTION TO DEBTORS' MOTION TO APPROVE DEBTOR-IN-POSSESSION FINANCING

Mark Burdge, pursuant to section 1746 of title 28 of the United States Code, declares as follows:

1. I am Principal of Evergreen Clean Energy, LLC, a Delaware corporation ("**Evergreen**"). In that capacity I have personal knowledge of the restructuring proposal (the "**Proposal**") presented to Raser Technologies, Inc., ("**Raser**") on February 25, 2011 and to Bondholders and Preferred Equity holders on March 1, 2011.

2. True and correct copies of the proposal are attached hereto as **Exhibits A** and **B**, respectively.

3. As set forth in **Exhibits A** and **B**, The Proposal provided for over $100 million in capital to Raser and its affiliated companies, on terms that are far more favorable to Raser than the post-petition financing proposed by Raser and its post-petition lenders.

4. The Proposal was submitted in good faith and after extensive due diligence on the part of Evergreen.

5. I submit this Declaration solely to demonstrate to the Court and parties in interest that a financing proposal other than the one presented by Raser and its post-petition lenders was available to Raser in the weeks immediately before the commencement of these cases.

I declare under the penalty of perjury under the laws of the United States

of America that the forgoing statements are true to the best of my knowledge, information and belief.


Dated: May 24, 2011                     */s/ Mark Burdge*                        
                                              Mark Burdge