# EXHIBIT A

# EVERGREEN
## CLEAN ENERGY FINANCE

# Corporate Restructure

Presented to
Raser Technologies, Inc.
February 25, 2011

CONFIDENTIAL INFORMATION –
FOR DISCUSSION PURPOSES ONLY



## Overview

- Evergreen brings $111 MM of committed capital to the Company
  - Includes $1.75 MM cash to Raser for operating expenses
- Evergreen settles all creditor claims
  - Prudential and Merrill paid in cash
  - Bondholders and Fletcher exchange claims for Raser stock and equity in a portfolio of assets including Thermo, Lightning Dock
  - Evergreen/Bombay settled
- No cash required from Raser or Bondholders
- Immediately executable; avoids Prudential foreclosure and/or Raser insolvency



## Evergreen Brings $111 MM in Capital

- $15.80 MM Lightning Dock drilling capital
  - FE Clean Energy
  - Raser must sign the term sheet asap to lock this in
- $10.25 MM cash to pay Prudential, Merrill, Thermo taxes and Raser operating costs
  - Evergreen's financial partners have experience building/financing over 60 renewable energy power plants, including partnering with Ormat
- Ormat EPC financing for $21 MM Thermo No. 1 repower and $65 MM Lightning Dock No. 1 project
  - $130 MM more for 2 additional projects under negotiation

EVERGREEN
CLEAN ENERGY FINANCE

# Evergreen Settles Raser's Liabilities

- Prudential and Merrill paid in cash
- Bondholders, Fletcher, Evergreen and Bombay paid in Raser stock and project assets
- $1.75 MM cash payment to Raser to pay accounts payable and operating expenses

| SOURCES AND USES OF CASH | | |
|---|---|---|
| **Sources** | | |
| Evergreen Contribution | $ | 10,250,000 |
| Total | $ | 10,250,000 |
| **Uses** | | |
| Prudential | $ | 5,000,000 |
| Thermo Prop Tax | $ | 1,000,000 |
| Thermo Sales Tax | $ | 500,000 |
| Merrill Lynch | $ | 1,000,000 |
| Closing Costs | $ | 1,000,000 |
| Payment to Raser | $ | 1,750,000 |
| Total | $ | 10,250,000 |

EVERGREEN
CLEAN ENERGY FINANCE

# Raser Assets to be Purchased by Evergreen

- 100% of Thermo 1 and approx 10,000 acres
- 49% of Lightning Dock
- 65% ownership of Raser
  - VIA share ownership
  - All other assets

## Assets To Be Retained by Raser

- 35% of Raser stock
- 10% interest in Evergreen's New ProjectCo
  - New ProjectCo will hold
    - 100% of Thermo No. 1 and approx 10,000 acres
    - 49% of Lightning Dock resource
- Litigation claims
- Remaining Raser portfolio of resource assets

EVERGREEN
CLEAN ENERGY FINANCE

# Allocations to Stakeholders at Closing

## Allocations at Closing

| Participant | Cash | RZTI Stock | New Project Co |
|---|---|---|---|
| Raser | - | 35% | 10% |
| RZTI Op Exps | $1,750,000 | - | - |
| Thermo taxes | $1,500,000 | - | - |
| Prudential | $5,000,000 | - | - |
| Merrill Lynch | $1,000,000 | - | - |
| Bondholders | - | 5% | 20% |
| Fletcher AM | - | 5% | 8% |
| Evergreen/Bombay | | | |
| *Closing Costs | $1,000,000 | - | - |
| Equity Carry | - | 55% | 62% |
| **Total** | **$10,250,000** | **100%** | **100%** |

EVERGREEN
CLEAN ENERGY FINANCE

# Everyone Gets Something

| STAKEHOLDERS HOLDINGS AFTER RESTRUCTURE | | |
|---|---|---|
| Participant | ProjectCo | RZTI Stock |
| Evergreen | 60% | 54% |
| Bondholders | 20% | 5% |
| Fletcher | 8% | 5% |
| Bombay | 2% | 1% |
| RZTI (old equity) | 10% | 35% |
| Total | 100% | 100% |

# Raser's Financial Pro Forma with Milestones

## Raser Technologies, Inc. - RZTI

| Current | | | Proforma at Close | | | Proforma with Thermo 1 Repowered & VIA Offering (16 Months) | | | Proforma with LDG Online (30 Months) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Raser Assets** | | | **Raser Assets** | | | **Raser Assets** | | | **Raser Assets** | | |
| Cash | | | Cash | $ | 1,750,000 | Cash | $ | 1,000,000 | Cash | $ | 1,000,000 |
| Thermo 1 Plant | $ | 7,000,000 | Evergreen New ProjectCo | $ | 1,553,850 | Evergreen Project Devco | $ | 3,218,850 | Evergreen Project Devco | $ | 5,785,000 |
| Leases (Liquidation) | $ | 1,000,000 | Leases | $ | 2,000,000 | Leases | $ | 3,000,000 | Leases | $ | 3,000,000 |
| 49% LDG Project | $ | 5,000,000 | | | | | | | | | |
| VIA Stock (Liquidation) | $ | 5,000,000 | VIA Stock | $ | 15,000,000 | VIA Stock | $ | 12,500,000 | VIA Stock | $ | 12,500,000 |
| Other Assets | | | Other Assets | | | Other Assets | | | Other Assets | | |
| Total Assets | $ | 18,000,000 | Total Assets | $ | 20,303,850 | Total Assets | $ | 19,718,850 | Total Assets | $ | 22,285,000 |
| | | | | | | | | | | | |
| **Raser Liabilities** | | | **Raser Liabilities** | | | **Raser Liabilities** | | | **Raser Liabilities** | | |
| Bond Holders | $ | 55,000,000 | Bond Holders | $ | - | Bond Holders | $ | - | Bond Holders | $ | - |
| Merrill Lynch | $ | 20,000,000 | Merrill Lynch | $ | - | Merrill Lynch | $ | - | Merrill Lynch | $ | - |
| Prudential | $ | 6,750,000 | Prudential | $ | - | Prudential | $ | - | Prudential | $ | - |
| Fletcher | $ | - | Fletcher | $ | - | Fletcher | $ | - | Fletcher | $ | - |
| Evergreen | $ | 6,912,500 | Evergreen | $ | - | Evergreen | $ | - | Evergreen | $ | - |
| Bombay | $ | 300,000 | Bombay | $ | - | Bombay | $ | - | Bombay | $ | - |
| A/P | $ | 3,500,000 | A/P | $ | 1,000,000 | A/P | $ | - | A/P | $ | - |
| Total Liabilities | $ | 92,462,500 | Total Liabilities | $ | 1,000,000 | Total Liabilities | $ | - | Total Liabilities | $ | - |
| | | | | | | | | | | | |
| **Shareholder Value** | | | **Shareholder Equity** | | | **Shareholder Equity** | | | **Shareholder Equity** | | |
| | | | RZ Shareholders | $ | 6,756,348 | RZ Shareholders | $ | 6,901,598 | RZ Shareholders | $ | 7,799,750 |
| | | | Fletcher | $ | 965,193 | Fletcher | $ | 985,943 | Fletcher | $ | 1,114,250 |
| | | | Evergreen | $ | 10,424,079 | Evergreen | $ | 10,648,179 | Evergreen | $ | 12,033,900 |
| | | | Bombay | | | Bombay | | | Bombay | | |
| | | | Bondholders | $ | 965,193 | Bondholders | $ | 985,943 | Bondholders | $ | 1,114,250 |
| Total Shareholder Equity | $ | (74,462,500) | Total Shareholder Equity | $ | 19,303,850 | Total Shareholder Equity | $ | 19,718,850 | Total Shareholder Equity | $ | 22,285,000 |
| | | | | | | | | | | | |
| **Cap Table** | | Shares | **Cap Table** | | Shares | **Cap Table** | | Shares | **Cap Table** | | Shares |
| Current RZ Shareholders | | 120,000,000 | Current RZ Shareholders | 35% | 120,000,000 | Current RZ Shareholders | | 24,000,000 | Current RZ Shareholders | | 24,000,000 |
| Fletcher - Preferred | | | Fletcher | 5% | 17,142,857 | Fletcher | | 3,428,571 | Fletcher | | 3,428,571 |
| Evergreen | | | Evergreen | 54% | 185,142,857 | Evergreen | | 37,028,571 | Evergreen | | 37,028,571 |
| Bondholders | | | Bondholders | 5% | 17,142,857 | Bondholders | | 3,428,571 | Bondholders | | 3,428,571 |
| Merrill Lynch | | | Bombay | 1% | 3,428,571 | Bombay | | 685,714 | Merrill Lynch | | 685,714 |
| Total Outstanding | | 120,000,000 | Total Outstanding | 100% | 342,857,143 | Total Outstanding | | 68,571,429 | Total Outstanding | | 68,571,429 |
| | | | | | | | | | | | |
| | | | | | | Value/Share | $ | 0.29 | Value/Share | $ | 0.32 |
| **VIA Offering Assumptions:** | | | | | | Reverse Split - 1 for 5 | | 0.2 | | $ | 0.06 |
| Market Cap | $ | 50,000,000 | | | | | | | | | |
| Total Percentage Now | | 30% | | | | | | | | | |
| Total Percentage Post | | 25% | | | | | | | | | |

EVERGREEN
CLEAN ENERGY FINANCE

# New ProjectCo Pro Forma with Milestones

## New Project Development Co. - Private

### Proforma at Close

| | | |
|---|---|---|
| **Assets** | | |
| Cash | $ | 1,000,000 |
| Thermo 1 Plant | $ | 3,350,000 |
| Thermo Leases | $ | 1,750,000 |
| 49% LDG 1 | $ | 11,588,500 |
| LDG Leases | $ | 2,350,000 |
| Other Leases | $ | 500,000 |
| Total Assets | $ | 20,538,500 |
| **Liabilities** | | |
| FE Clean Loan | $ | 5,000,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $ | 5,000,000 |
| **Shareholder Equity** | | |
| Evergreen | $ | 9,323,100 |
| Bondholders | $ | 3,107,700 |
| Fletcher | $ | 1,243,080 |
| Bombay | | |
| Raser Technologies, Inc. | $ | 1,553,850 |
| Total Shareholder Equity | $ | 15,538,500 |
| **Cap Table** | | **Shares** |
| Evergreen | | 600,000 |
| Bondholders | | 200,000 |
| Fletcher | | 80,000 |
| Bombay | | 20,000 |
| Raser Technologies, Inc. | | 100,000 |
| Total Outstanding | | 1,000,000 |
| Total Shares in Projectco | | 1,000,000 |

### Proforma with Thermo 1 Repowered

| | | |
|---|---|---|
| **Assets** | | |
| Cash | $ | 1,000,000 |
| Thermo 1 Plant NPV | $ | 42,000,000 |
| Thermo Leases | $ | 1,750,000 |
| 49% LDG Project (NPV @ COD) | $ | 11,588,500 |
| LDG Leases | $ | 2,350,000 |
| Other Leases | $ | 500,000 |
| Total Assets | $ | 59,188,500 |
| **Liabilities** | | |
| Thermo 1 Term Loan | $ | 27,000,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Liabilities | $ | 27,000,000 |
| **Shareholder Equity** | | |
| Evergreen | $ | 19,313,100 |
| Bondholders | $ | 6,437,700 |
| Fletcher | $ | 2,575,080 |
| Bombay | $ | 643,770 |
| Raser | $ | 3,218,850 |
| Total Shareholder Equity | $ | 32,188,500 |
| **Cap Table** | | **Shares** |
| Evergreen | 60% | 600,000 |
| Bondholders | 20% | 200,000 |
| Fletcher | 8% | 80,000 |
| Bombay | 2% | 20,000 |
| Raser Technologies, Inc. | 10% | 100,000 |
| Total Outstanding | | 1,000,000 |

### Proforma with LDG Online

| | | |
|---|---|---|
| **Assets** | | |
| Cash | $ | 2,000,000 |
| Thermo 1 Plant NPV | $ | 42,000,000 |
| Leases | $ | 2,000,000 |
| 49% LDG Project (NPV @ COD) | $ | 61,000,000 |
| LDG Leases | $ | 2,350,000 |
| Other Leases | $ | 500,000 |
| Total Assets | $ | 109,850,000 |
| **Liabilities** | | |
| Thermo 1 Term Loan | $ | 27,000,000 |
| LDG Term Loan | $ | 25,000,000 |
| | | |
| | | |
| | | |
| | | |
| Total Liabilities | $ | 52,000,000 |
| **Shareholder Equity** | | |
| Evergreen | $ | 34,710,000 |
| Bondholders | $ | 11,570,000 |
| Fletcher | $ | 4,628,000 |
| Bombay | $ | 1,157,000 |
| Raser | $ | 5,785,000 |
| Total Shareholder Equity | $ | 57,850,000 |
| **Cap Table** | | **Shares** |
| Evergreen | 60% | 600,000 |
| Bondholders | 20% | 200,000 |
| Fletcher | 8% | 80,000 |
| Bombay | 2% | 20,000 |
| Raser Technologies, Inc. | 10% | 100,000 |
| Total Outstanding | | 1,000,000 |

### Proforma with Thermo 2 & LDG 2 online

| | | |
|---|---|---|
| **Assets** | | |
| Cash | $ | 2,000,000 |
| Thermo 1 Plant NPV | $ | 42,000,000 |
| Leases | $ | 2,000,000 |
| 49% LDG Project (NPV @ COD) | $ | 72,000,000 |
| 50% Thermo 2 | $ | 50,000,000 |
| 50% Thermo 3 | $ | 50,000,000 |
| Total Assets | $ | 218,000,000 |
| **Liabilities** | | |
| Thermo 1 Term Loan | $ | 27,000,000 |
| LDG Term Loan (49%) | $ | 25,000,000 |
| Thermo 2 Term Loan | $ | 25,000,000 |
| Thermo 3 Term Loan | $ | 25,000,000 |
| | | |
| | | |
| Total Liabilities | $ | 102,000,000 |
| **Shareholder Equity** | | |
| Evergreen | $ | 69,600,000 |
| Bondholders | $ | 23,200,000 |
| Fletcher | $ | 9,280,000 |
| Bombay | $ | 2,320,000 |
| Raser | $ | 11,600,000 |
| Total Shareholder Equity | $ | 116,000,000 |
| **Cap Table** | | **Shares** |
| Evergreen | | 600,000 |
| Bondholders | | 200,000 |
| Fletcher | | 80,000 |
| Bombay | | 20,000 |
| Bondholders | | 100,000 |
| Total Outstanding | | 1,000,000 |

EVERGREEN
CLEAN ENERGY FINANCE

# Transaction Execution Timeline

- Feb 28: Evergreen agrees restructuring plan with Raser
- Week of Mar 7: Evergreen gets final agreement to the plan from FE Clean Energy and financial partners (requires RZTI to sign term sheet with FE asap)
- Week of Mar 14: Evergreen negotiates with bondholders
- Weeks of Mar 21 and Mar 28: Evergreen/Raser negotiate with Prudential, Merrill and Fletcher
- April 15: Closing



# EXHIBITS

# Thermo 1 Purchase Analysis Existing Plant

## EVERGREEN CLEAN ENERGY FINANCE

### Investor Economics

| | Anchor | Hurdle Rate |
|---|---|---|
| Target Purchase Price | | 5,000,000 |
| Plant Cash Flow NPV | | 3,065,358 |
| Plant Purchase Price | | 3,065,358 |
| Upfront Fee & Cash Reserve | | - |
| Improvement Cost | | - |
| Total Funding Requirement | | 3,065,358 |
| Hurdle Rate | | 15.00% |
| Equity IRR | | 15.00% |
| Combined Debt & Equity IRR | | 13.00% |
| Sale Event (Year / Discount Rate) | 35 | 0% |
| Operating Expense Adjustment | | 0% |
| Output Adjustment | | |

### Avg Annualized Plant EBITDA

| Start | End | EBITDA |
|---|---|---|
| 0 | 6 | 405,360 |
| 7 | 20 | 417,004 |
| 21 | 40 | 443,445 |
| 41 | 80 | 487,279 |
| 81 | 140 | 571,242 |

### Fees and Expenses

| | | |
|---|---|---|
| Upfront Fee (% of Total Funding) | | 0.00% |
| Upfront Deal Expenses | | - |
| Upfront Other Costs | | - |
| Ongoing Fee (end) | 0 | 0.00% |
| Ongoing Annual Expenses | | - |

### Model Check

| | |
|---|---|
| Long-Term Debt Paid Off | n/a |
| Cash-In / Cash-Out Check | TRUE |
| Negative Cash Check | TRUE |
| No Payment Shortfall | TRUE |
| Investor Cash Flow Positive | TRUE |
| DSCR within Constraint | TRUE |
| Overall Model Check | TRUE |

### Calculate

### Equity Cash Flow Split

| | |
|---|---|
| Investor | 100% |
| Evergreen | 0% |
| Total | 100% |

### Debt Financing

| | |
|---|---|
| Coupon | 7.50% |
| Maturity | 80 |
| Constraint | 1.40 x |
| Min DSCR | n/a |
| Max DSCR | 0.00 x |
| WAvg DSCR | #DIV/0! |
| Leverage | No |
| Debt Amount | - |
| EPC Financing | No |
| EPC Coupon | 7.50% |

### Other Funding

| | |
|---|---|
| Treasury Grant | No |
| Grant % | 30% |
| Grant Amount | - |
| Reserve | - |

| Quarter | Year | Investor CF |
|---|---|---|
| 0 | 0 | (3,065,358) |
| 1 | 1 | - |
| 2 | 1 | - |
| 3 | 1 | - |
| 4 | 1 | - |
| 5 | 2 | - |
| 6 | 2 | - |
| 7 | 2 | - |
| 8 | 2 | - |
| 9 | 3 | - |
| 10 | 3 | - |
| 11 | 3 | - |
| Total | | (3,065,358) |

### Color Code

| | Inputs | Macro | Formulas | Labels |
|---|---|---|---|---|

### Timing

| | Phase I | Phase II | Phase III |
|---|---|---|---|
| From Period (Quarter) | 0 | 2 | 8 |
| To Period (Quarter) | 2 | 6 | 132 |

### Power Purchase Agreement

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| PPA Price / MW | 1 | 82.00 | 82.00 | 82.00 |
| PPA Escalator (start / %) | 2 | 5 | 2.00% | 2.00% | 2.00% |
| PPA Renegotiated? | | No | No | No |

### Plant Generation

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Average Gross Output | 3 | 7.504 | 7.504 | 7.504 |
| Average Plant Parasitic | 4 | 1.901 | 1.901 | 1.901 |
| Net Plant Output | | 5.603 | 5.603 | 5.603 |
| Well Field Parasitic | 5 | 3.060 | 3.060 | 3.060 |
| Average Parasitic Cost | 6 | 52.000 | 52.000 | 52.000 |
| Effective Net Output | | 3.663 | 3.663 | 3.663 |
| Net Output | | 2.543 | 2.543 | 2.543 |
| Plant Uptime | 7 | 98.00% | 98.00% | 98.00% |
| Plant Uptime Decline (start / %) | 8 | 1 | 0.10% | 0.10% | 0.10% |

### Operational Expense

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Mobile Equipment | 9 | 15,750 | 15,750 | 15,750 |
| Labor | 10 | 199,074 | 199,074 | 199,074 |
| Cooling Water System | 11 | 45,000 | 45,000 | 45,000 |
| Wellfield Maintenance | 12 | 24,000 | 24,000 | 24,000 |
| Other Operating Overhead | 13 | 143,400 | 143,400 | 143,400 |
| Equip Service | 14 | 116,400 | 116,400 | 116,400 |
| Equip Service Escalator (%) | 15 | 5 | 2.00% | 2.00% | 2.00% |
| Periodic Well Field Maintenance | start | 1 | | |
| | length | 35 | | |
| Lease Rate | start | 0 | | 0.00% |
| Lease Rate | start | 27 | | 0.00% |
| Inflation Escalator (%) | start | 5 | 2.00% | 2.00% | 2.00% |

### Dates / Timing

| | |
|---|---|
| Period Zero / Start | 12/1/2010 | 3/1/2011 |
| Plant Useful Life (Yrs / Qtrs) / Retro Period (Qtr) | 35 | 140 | 6 |

## EVERGREEN CLEAN ENERGY FINANCE

The information provided in these materials contain forward-looking information that is not purely historical in nature. Such information may include, among other things, projections, forecasts or estimates of cashflows, yields or returns, scenario analyses and proposed or expected portfolio composition. The forward-looking information contained herein is based upon certain assumptions about future events or conditions and is intended only to illustrate hypothetical results under those assumptions (not all of which will be specified herein). Actual events or conditions are unlikely to be consistent with, and may differ materially from, those assumed. In addition, not all relevant events or conditions may have been considered in developing such assumptions. Accordingly, actual results will vary and the variations may be material. Investors should understand such assumptions and evaluate whether they are appropriate for their purposes.

# Thermo 1 Purchase Analysis Existing Plant with Bottom Cycle

## EVERGREEN CLEAN ENERGY FINANCE

### Investor Economics

| | Anchor | Hurdle Rate |
|---|---|---|
| Target Purchase Price | | 5,000,000 |
| Plant Cash Flow NPV | | 5,830,885 |
| Plant Purchase Price | | 5,830,885 |
| Upfront Fee & Cash Reserve | | - |
| Improvement Cost | | - |
| Total Funding Requirement | | 5,830,885 |
| Hurdle Rate | | 15.00% |
| Equity IRR | | 15.00% |
| Combined Debt & Equity IRR | | 15.00% |
| Sale Event (Year / Discount Rate) | 35 | 13.00% |
| Operating Expense Adjustment | | 0% |
| Output Adjustment | | 0% |

### Avg Annualized Plant EBITDA

| Start | End | EBITDA |
|---|---|---|
| 0 | 6 | 756,703 |
| 7 | 20 | 784,288 |
| 21 | 40 | 841,900 |
| 41 | 80 | 946,335 |
| 81 | 140 | 1,153,095 |

### Fees and Expenses

| | | |
|---|---|---|
| Upfront Fee (% of Total Funding) | | 0.00% |
| Upfront Deal Expenses | | - |
| Upfront Other Costs | | - |
| Ongoing Fee (end) | 0 | 0.00% |
| Ongoing Annual Expenses | | - |

### Model Check

| | |
|---|---|
| Long-Term Debt Paid Off | n/a |
| Cash-In / Cash-Out Check | TRUE |
| Negative Cash Check | TRUE |
| No Payment Shortfall | TRUE |
| Investor Cash Flow Positive | TRUE |
| DSCR within Constraint | TRUE |
| Overall Model Check | TRUE |

### Calculate

### Equity Cash Flow Split

| | |
|---|---|
| Investor | 100% |
| Evergreen | 0% |
| Total | 100% |

### Debt Financing

| | |
|---|---|
| Coupon | 7.50% |
| Maturity | 80 |
| Constraint | 1.40 x |
| Min DSCR | n/a |
| Max DSCR | 0.00 x |
| WAvg DSCR | #DIV/0! |
| Leverage | No |
| Debt Amount | - |
| EPC Financing | No |
| EPC Coupon | 7.50% |

### Other Funding

| | |
|---|---|
| Treasury Grant | No |
| Grant % | 30% |
| Grant Amount | - |
| Reserve | - |

| Quarter | Year | Investor CF |
|---|---|---|
| 0 | 0 | (5,830,885) |
| 1 | 1 | - |
| 2 | 1 | - |
| 3 | 1 | - |
| 4 | 1 | - |
| 5 | 2 | - |
| 6 | 2 | - |
| 7 | 2 | - |
| 8 | 2 | - |
| 9 | 3 | - |
| 10 | 3 | - |
| 11 | 3 | - |
| Total | | (5,830,885) |

### Color Code

| | Inputs | Macro | Formulas | Labels |
|---|---|---|---|---|

### Timing

| | | | | |
|---|---|---|---|---|
| From Period (Quarter) | | 0 | 2 | 8 |
| To Period (Quarter) | | 2 | 6 | 132 |

### Power Purchase Agreement

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| PPA Price / MW | 1 | 82.00 | 82.00 | 82.00 |
| PPA Escalator (start / %) | 2 | 5 | 2.00% | 2.00% | 2.00% |
| PPA Renegotiated? | | No | No | No |

### Plant Generation

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Average Gross Output | 3 | 8.000 | 8.000 | 8.000 |
| Average Plant Parasitic | 4 | 1.901 | 1.901 | 1.901 |
| Net Plant Output | | 6.099 | 6.099 | 6.099 |
| Well Field Parasitic | 5 | 3.060 | 3.060 | 3.060 |
| Average Parasitic Cost | 6 | 52.000 | 52.000 | 52.000 |
| Effective Net Output | | 4.159 | 4.159 | 4.159 |
| Net Output | | 3.039 | 3.039 | 3.039 |
| Plant Uptime | 7 | 98.00% | 98.00% | 98.00% |
| Plant Uptime Decline (start / %) | 8 | 1 | 0.10% | 0.10% | 0.10% |

### Operational Expense

| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Mobile Equipment | 9 | 15,750 | 15,750 | 15,750 |
| Labor | 10 | 199,074 | 199,074 | 199,074 |
| Cooling Water System | 11 | 45,000 | 45,000 | 45,000 |
| Wellfield Maintenance | 12 | 24,000 | 24,000 | 24,000 |
| Other Operating Overhead | 13 | 143,400 | 143,400 | 143,400 |
| Equip Service | 14 | 116,400 | 116,400 | 116,400 |
| Equip Service Escalator (%) | 15 | 5 | 2.00% | 2.00% | 2.00% |
| Periodic Well Field Maintenance | start | 1 | | | |
| | length | 35 | | | |
| Lease Rate | start | 0 | | 0.00% | |
| Lease Rate | start | 27 | | 0.00% | |
| Inflation Escalator (%) | start | 5 | 2.00% | 2.00% | 2.00% |

### Dates/Timing

| | | |
|---|---|---|
| Period Zero / Start | | 12/1/2010 | 3/1/2011 |
| Plant Useful Life (Yrs / Qtrs) / Retro Period (Qtr) | | 35 | 140 | 6 |

The information provided in these materials contain forward-looking information that is not purely historical in nature. Such information may include, among other things, projections, forecasts or estimates of cashflows, yields or returns, scenario analyses and proposed or expected portfolio composition. The forward-looking information contained herein is based upon certain assumptions about future events or conditions and is intended only to illustrate hypothetical results under those assumptions (not all of which will be specified herein). Actual events or conditions are unlikely to be consistent with, and may differ materially from, those assumed. In addition, not all relevant events or conditions may have been considered in developing such assumptions. Accordingly, actual results will vary and the variations may be material. Investors should understand such assumptions and evaluate whether they are appropriate for their purposes.

# Thermo 1 Purchase Analysis Existing Plant with Bottom Cycle and Spot Sales

## EVERGREEN CLEAN ENERGY FINANCE

| Investor Economics | Anchor | Hurdle Rate |
|---|---|---|
| Target Purchase Price | | 5,000,000 |
| Plant Cash Flow NPV | | 7,992,269 |
| Plant Purchase Price | | 7,992,269 |
| Upfront Fee & Cash Reserve | | - |
| Improvement Cost | | - |
| Total Funding Requirement | | 7,992,269 |
| Hurdle Rate | | 15.00% |
| Equity IRR | | 15.00% |
| Combined Debt & Equity IRR | | 15.00% |
| Sale Event (Year / Discount Rate) | 35 | 13.00% |
| Operating Expense Adjustment | | 0% |
| Output Adjustment | | 0% |

### Avg Annualized Plant EBITDA

| Start | End | EBITDA |
|---|---|---|
| 0 | 6 | 1,031,294 |
| 7 | 20 | 1,071,336 |
| 21 | 40 | 1,153,312 |
| 41 | 80 | 1,305,109 |
| 81 | 140 | 1,607,839 |

### Fees and Expenses

| | |
|---|---|
| Upfront Fee (% of Total Funding) | 0.00% |
| Upfront Deal Expenses | - |
| Upfront Other Costs | - |
| Ongoing Fee (end) | 0 |
| Ongoing Annual Expenses | 0.00% |

### Model Check

| | |
|---|---|
| Long-Term Debt Paid Off | n/a |
| Cash-In / Cash-Out Check | TRUE |
| Negative Cash Check | TRUE |
| No Payment Shortfall | TRUE |
| Investor Cash Flow Positive | TRUE |
| DSCR within Constraint | TRUE |
| Overall Model Check | TRUE |

## Calculate

### Equity Cash Flow Split
| | |
|---|---|
| Investor | 100% |
| Evergreen | 0% |
| Total | 100% |

### Debt Financing
| | |
|---|---|
| Coupon | 7.50% |
| Maturity | 80 |
| Constraint | 1.40 x |
| Min DSCR | n/a |
| Max DSCR | 0.00 x |
| WAvg DSCR | #DIV/0! |
| Leverage | No |
| Debt Amount | - |
| EPC Financing | No |
| EPC Coupon | 7.50% |

### Other Funding
| | |
|---|---|
| Treasury Grant | No |
| Grant % | 30% |
| Grant Amount | - |
| Reserve | - |

| Quarter # | Year | Investor CF |
|---|---|---|
| 0 | 0 | (7,992,269) |
| 1 | 1 | - |
| 2 | 1 | - |
| 3 | 1 | - |
| 4 | 1 | - |
| 5 | 2 | - |
| 6 | 2 | - |
| 7 | 2 | - |
| 8 | 2 | - |
| 9 | 3 | - |
| 10 | 3 | - |
| 11 | 3 | - |
| Total | | (7,992,269) |

## Color Code: Inputs / Macro / Formulas / Labels

### Timing
| | | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| From Period (Quarter) | | 0 | 2 | 8 |
| To Period (Quarter) | | 2 | 6 | 132 |

### Power Purchase Agreement
| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| PPA Price / MW | 1 | 95.00 | 95.00 | 95.00 |
| PPA Escalator (start / %) | 2 | 5 2.00% | 2.00% | 2.00% |
| PPA Renegotiated? | | No | No | No |

### Plant Generation
| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Average Gross Output | 3 | 7.500 | 7.500 | 7.500 |
| Average Plant Parasitic | 4 | 1.901 | 1.901 | 1.901 |
| Net Plant Output | | 5.599 | 5.599 | 5.599 |
| Well Field Parasitic | 5 | 3.060 | 3.060 | 3.060 |
| Average Parasitic Cost | 6 | 52.000 | 52.000 | 52.000 |
| Effective Net Output | | 3.924 | 3.924 | 3.924 |
| Net Output | | 2.539 | 2.539 | 2.539 |
| Plant Uptime | 7 | 98.00% | 98.00% | 98.00% |
| Plant Uptime Decline (start/%) | 8 | 1 0.10% | 0.10% | 0.10% |

### Operational Expense
| | Ref | Phase I | Phase II | Phase III |
|---|---|---|---|---|
| Mobile Equipment | 9 | 15,750 | 15,750 | 15,750 |
| Labor | 10 | 199,074 | 199,074 | 199,074 |
| Cooling Water System | 11 | 45,000 | 45,000 | 45,000 |
| Wellfield Maintenance | 12 | 24,000 | 24,000 | 24,000 |
| Other Operating Overhead | 13 | 143,400 | 143,400 | 143,400 |
| Equip Service | 14 | 116,400 | 116,400 | 116,400 |
| Equip Service Escalator (%) | 15 | 5 2.00% | 2.00% | 2.00% |
| Periodic Well Field Maintenance | start length | 1 35 | - | - |
| Lease Rate | start | 0 | | 0.00% |
| Lease Rate | start | 27 | | 0.00% |
| Inflation Escalator (%) | start | 5 2.00% | 2.00% | 2.00% |

### Dates / Timing
| | | |
|---|---|---|
| Period Zero / Start | | 12/1/2010 3/1/2011 |
| Plant Useful Life (Yrs / Qtrs) / Retro Period (Qtr) | | 35 140 6 |

The information provided in these materials contain forward-looking information that is not purely historical in nature. Such information may include, among other things, projections, forecasts or estimates of cashflows, yields or returns, scenario analyses and proposed or expected portfolio composition. The forward-looking information contained herein is based upon certain assumptions about future events or conditions and is intended only to illustrate hypothetical results under those assumptions (not all of which will be specified herein). Actual events or conditions are unlikely to be consistent with, and may differ materially from, those assumed. In addition, not all relevant events or conditions may have been considered in developing such assumptions. Accordingly, actual results will vary and the variations may be material. Investors should understand such assumptions and evaluate whether they are appropriate for their purposes.

EVERGREEN CLEAN ENERGY FINANCE