# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 11-11315 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 1, 2011 AT 10:00 A.M. (EASTERN TIME)

### I. CONTESTED MATTERS GOING FORWARD

1. Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c) [Filing Date: 4/29/11; Docket No. 9]

    Response Deadline: May 12, 2011 at 4:00 p.m. (extended until May 24, 2011 at 12:00 p.m. for the Committee and the U.S. Trustee; and extended until May 16, 2011 at 12:00 p.m. for Merrill Lynch)

    Related Documents:

    a) Order (Interim) (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Filing Date: 5/3/11; Docket No. 34]

    b) Notice of Hearing on Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV)

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC.

Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c) [Filing Date: 5/3/11; Docket No. 41]

    c) Order Authorizing the Debtors to File Responses to Certain Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/24/11; Docket No. 105]

    d) Notice of Filing of Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief [Filing Date: 5/24/11; Docket No. 114]

    e) Notice of Filing Exhibit A to Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief [Filing Date: 5/24/11; Docket No. 117]

Responses Received:

    a) Limited Objection of Evergreen FE Lightning Dock, LLC to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Filing Date: 5/12/11; Docket No. 52]

    b) Objection to Debtor's Motion for Entry of Interim and Final Order (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing filed by Kraig Higginson [Filing Date: 5/13/11; Docket No. 53]

    c) Objection to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Fed R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by

Merrill Lynch, Pierce, Fenner & Smith Incorporated [Filing Date: 5/16/11; Docket No. 59]

d) Objection to Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Fed R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by Prescott Lovern [Filing Date: 5/18/11; Docket No. 79]

e) Reply of The Prudential Insurance Company of American and Zurich American Insurance Company to Objections Filed by Kraig Higginson and Merrill Lynch to the Debtors' Motion for Entry of Final Order, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing; (II) Granting Liens and Super-Priority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Scheduling A Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Filing Date: 5/20/11; Docket No. 92]

f) Motion of the Debtors for Leave to File Responses to Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/23/11; Docket No. 104]

g) Objection to Debtors' Motion Seeking Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (i) Authorizing Debtors to Obtain Post-Petition Financing, (ii) Granting Liens and Superpriority Claims, (iii) Granting Adequate Protection to Prepetition Secured Parties and (iv) Scheduling Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by Official Committee of Unsecured Creditors [Filing Date: 5/24/11; Docket No. 108]

h) Debtors' Omnibus Response to Certain Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/24/11; Docket No. 111]

i) Debtors' Response to Objections of Merrill Lynch, Pierce, Fenner & Smith Incorporated to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures [Filing Date: 5/24/11; Docket No. 112]

j) Declaration of Mark Burdge in Support of Objection to Debtors' Motion to Approve Debtor-In-Possession Financing [Filing Date: 5/24/11; Docket No. 113]

k) Declaration in Support of Objection to Debtors Motion for Entry of Final Order, pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (i) Authorizing Debtors to Obtain Post-Petition Financing, (ii) Granting Liens and Superpriority Claims, (iii) Granting Adequate Protection to Prepetition Secured Parties, and (iv) Scheduling a Final Hearing pursuant to Fed. R. Bankr. P. 4001(b) and (c) filed by Kraig Higginson [Filing Date: 5/25/11; Docket No. 118]

Status: This matter is going forward.

2. Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of the Reorganized Raser Equity [Filing Date: 5/5/11; Docket No. 47]

Related Documents:

a) Proposed Order

b) Order Authorizing the Debtors to File Responses to Certain Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/24/11; Docket No. 105]

Response Deadline: May 18, 2011 at 12:00 p.m. (extended until May 24, 2011 at 12:00 p.m. for the Committee and the U.S. Trustee)

Responses Received:

a) Objection to Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of the Reorganized Raser Equity file by Kraig Higginson [Filing Date: 5/18/11; Docket No. 72]

b) Objection to Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of the Reorganized Raser Equity Filed by Merrill Lynch, Pierce, Fenner & Smith Incorporated [Filing Date: 5/18/11; Docket No. 77]

c) Motion of the Debtors for Leave to File Responses to Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/23/11; Docket No. 104]

d) United States Trustee's Objection to the Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of 100% of the Equity in Reorganized Debtor Raser Technologies, Inc [Filing Date: 5/24/11; Docket No. 106]

e) Objection to Motion of the Debtors for Entry of an Order Establishing Auction Procedures Related to the Sale of the Reorganized Raser Equity Filed by Official Committee of Unsecured Creditors [Filing Date: 5/24/11; Docket No. 107]

f) Debtors' Omnibus Response to Certain Objections to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures Motion [Filing Date: 5/24/11; Docket No. 111]

g) Debtors' Response to Objections of Merrill Lynch, Pierce, Fenner & Smith Incorporated to the Debtors' Motions to Approve (I) Post-Petition Financing and (II) Auction Procedures [Filing Date: 5/24/11; Docket No. 112]

Status: This matter will go forward.

Dated: May 27, 2011
Wilmington, Delaware

BAYARD, P.A.

By: */s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Fax: (302) 658-6395
nglassman@bayardlaw.com
jedmonson@bayardlaw.com
gfinizio@bayardlaw.com

-and-

Peter S. Partee, Sr. (N.Y. Bar No. 4484234)
Richard P. Norton (N.Y. Bar No. 3975737)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Proposed Attorneys for Debtors*
*and Debtors-in-Possession*