# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | Case No. 11-11315 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.: 9, 34, 114, 117** |

## NOTICE OF FILING

On April 29, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c)* [Docket No. 9] (the "Motion").

On May 3, 2011, the Court entered the *Interim Order (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 34] (the "Interim Order").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC ("IRP"), Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC ("Columbia"), Truckee Geothermal No. 1 Sv-01, LLC, Truckee Geothermal No. 2, Sv-04, LLC, Trail Canyon Geothermal No. 1 Sv 02, LLC, Devil's Canyon Geothermal No. 1 Sv-03, LLC, Thermo No. 1 Be-01, LLC, Thermo No. 2 Be-02, LLC, Thermo No. 3 Be-03, LLC, Cricket Geothermal No. 1 Mi-01, LLC, Harmony Geothermal No. 1 Ir-01, LLC, Lightning Dock Geothermal Hi-01, LLC, Klamath Geothermal No. 1 Kl-01, LLC, And Borax Geothermal No. 1 Ha-01, LLC (collectively, the "Debtors"). The corporate address of the Debtors is 5152 Englewood Drive, Provo, Utah, 84604.

On May 24, 2011, the Debtors filed the *Notice of Filing of Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief* [Docket No. 114] (the "Final Order").

On May 25, 2011, the Debtors filed the *Notice of Filing Exhibit A to Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief* [Docket No. 117] (the "DIP Credit Agreement").

Attached hereto as Exhibit A is a revised proposed form of Final Order approving the Motion. Attached hereto as Exhibit B is a blackline of the revised form of Final Order compared to that version filed with the Court on May 24, 2011. Attached hereto as Exhibit C is a revised form of the DIP Credit Agreement. Attached hereto as Exhibit D is

a blackline of the revised form of DIP Credit Agreement compared to that version filed with the Court on May 25, 2011.

Dated: May 31, 2011
       Wilmington, Delaware

BAYARD, P.A.

By:   /s/ Jamie L. Edmonson
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Fax: (302) 658-6395

-and-

Peter S. Partee, Sr. (N.Y. Bar No. 4484234)
Richard P. Norton (N.Y. Bar No. 3975737)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Proposed Attorneys for Debtors
and Debtors-in-Possession*