# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) ) ) | Case No. 11-11315 (KJC) |
| Debtors. | ) ) | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENTS OF FINANCIAL AFFAIRS

Raser Technologies, Inc., and its subsidiaries (collectively the "Debtors"), debtors and debtors-in-possession, hereby submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and Statements have been prepared by the Debtors' management and are un-audited. While management of the Debtors has made every effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in financial data contained in the Schedules and Statements. Except as noted, the assets and liability data contained in the Schedules and Statements are as of April 29, 2011.

The Debtors have made every effort to allocate liabilities between the pre- and postpetition periods based upon the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

While every effort has been made to ensure that the Schedules and Statements are complete and accurate, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements as necessary or appropriate.

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC. For the purpose of these chapter 11 cases, the service address for all Debtors is: Raser Technologies, Inc., 5152 North Edgewood Drive, Provo, UT 84604.

Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The inclusion on Schedule G of the Schedules of any particular agreement or contract does not constitute an admission by the Debtors that such agreement or contract is an executory contract under the Bankruptcy Code or that such agreement or contract is valid and enforceable. The Debtors reserve all rights with respect to such agreements or contracts, including without limitation, the right to seek or contest any re-characterization of any such agreements or contracts on any available basis.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts. The claims of individual creditors are generally listed as the amounts invoiced by such creditor and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights respecting such credits and allowances.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Accordingly, unless otherwise noted, the carrying value on the Debtors' books, rather than the current market values, of the Debtors' interests in property is reflected on the Debtors' Schedules. In addition, income and other data reported on the Schedules and Statements have been prepared in accordance with generally accepted accounting principles in the United States and are not on a cash-basis.

# United States Bankruptcy Court
## District of Delaware

In re  **Raser Technologies, Inc.**                          ,  Case No. __11-11315__

Debtor

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,712,681.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,044,737.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 85,720,198.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 10 | | | |
| | | Total Assets | 2,712,681.80 | | |
| | | | Total Liabilities | 87,764,935.00 | |

**B6A (Official Form 6A) (12/07)**

In re **Raser Technologies, Inc.**, Case No. **11-11315**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

.

In re  **Raser Technologies, Inc.**                                  ,  Case No.  **11-11315**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
  **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                                         Sub-Total >         **0.00**
                                                                                                    (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Raser Technologies, Inc.**, Case No. **11-11315**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **386,100 Shares** **VIA Automotive, Inc.** **975 North 1430 West** **Orem, UT 84057** | - | **Unknown** |
| | | **Contingent shares** **VIA Automotive, Inc.** **975 North 1430 West** **Orem, UT 84057** | - | **Unknown** |
| | | **Raser Technologies Operating Company, Inc.** **5152 N. Edgewood Dr. Suite 250** **Provo, UT 84604** **100% Ownership** | - | **Unknown** |
| | | **RT Patent Company, Inc.** **5152 N. Edgewood Dr. Suite 250** **Provo, UT 84604** **100% Ownership** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Raser Power Systems, LLC** **5152 N. Edgewood Dr. Suite 250** **Provo, UT 84604** **100% Ownership** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Delaware-Franchise tax overpayment** **Delaware Secretary of State Division of Corporations** **PO Box 11728 Newark, NJ 07101** | - | **109,603.80** |
| | | | - | 0.00 |

Sub-Total > **109,603.80**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re  **Raser Technologies, Inc.** ,  Case No. __**11-11315**__
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Naked Short Transactions Address Unknown Naked shorting Raser Technologies, Inc. common stock** | - | Unknown |
| | | **Pratt & Whitney Power Systems (UTC Power Systems) 400 Main Street M/S 191-13 East Hartford, CT 06108 Breach of Contract** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

                                                                                Sub-Total >    **0.00**
                                                                             (Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Raser Technologies, Inc.**  ,  Case No.  **11-11315**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  **0.00**
(Total of this page)
Total >  **109,603.80**

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                       Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Raser Technologies, Inc.**,  Case No. **11-11315**
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Evergreen Clean Energy, LLC**<br>**Mark Burdge**<br>**4626 North 300 West, Suite 365**<br>**Provo, UT 84604** | | - | **10/28/2010**<br><br>**October 28, 2010, 12% Secured Promissory Note - liened geothermal leases - value unknown**<br><br>Value $ **Unknown** | | | X | **1,205,200.00** | **Unknown** |
| Account No.<br>**Linden Advisors**<br>**Kislaya Guatam**<br>**590 Madison Ave 15th Floor**<br>**New York, NY 10022** | X | - | **4/15/2011**<br><br>**April 15, 2011, Secured Bridge Loan - secured by substantially all assets - value unknown**<br><br>Value $ **Unknown** | | | | **750,000.00** | **Unknown** |
| Account No.<br>**Zions Bank**<br>**Rex Goodwin**<br>**PO Box 30833**<br>**Salt Lake City, UT 84130** | | - | **Corporate Credit Card, Secured by Certificate of Deposit**<br><br>Value $ **89,537.00** | | | | **89,537.00** | **14,537.00** |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **2,044,737.00** | **14,537.00** |
| | | | | | | Total<br>(Report on Summary of Schedules) | **2,044,737.00** | **14,537.00** |

B6E (Official Form 6E) (4/10)

.

In re **Raser Technologies, Inc.**, Case No. **11-11315**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Raser Technologies, Inc.**, Case No. **11-11315**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**See Exhibit F** | | - | | | | | 85,720,198.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page) **85,720,198.00**

Total (Report on Summary of Schedules) **85,720,198.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   S/N:45020-110315   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Raser Technologies, Inc.**, Case No. **11-11315**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **See Exhibit G** | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Raser Technologies, Inc.** , Case No. **11-11315**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Columbia Renewable Power, LLC**<br>5152 N Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Merrill Lynch Pierce Fenner & Smith Inc**<br>1 Bryant Park, 26th Floor<br>New York, NY 10036 |
| **Intermountain Renewable Power, LLC**<br>5152 N Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Merrill Lynch Pierce Fenner & Smith Inc**<br>1 Bryant Park, 26th Floor<br>New York, NY 10036 |
| **Raser Power Systems, LLC**<br>5152 N Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Merrill Lynch Pierce Fenner & Smith Inc**<br>1 Bryant Park, 26th Floor<br>New York, NY 10036 |
| **RT Patent Company, Inc.**<br>5152 N Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Merrill Lynch Pierce Fenner & Smith Inc**<br>1 Bryant Park, 26th Floor<br>New York, NY 10036 |
| **Thermo No. 1 BE-01, LLC**<br>5152 North Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Linden Advisors**<br>Kislaya Gautam<br>590 Madison Ave, 15th Floor<br>New York, NY 10022 |
| **Western Renewable Power, LLC**<br>5152 N Edgewood Dr, Suite 250<br>Provo, UT 84604 | **Merrill Lynch Pierce Fenner & Smith Inc**<br>1 Bryant Park, 26th Floor<br>New York, NY 10036 |

**0** continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   **Raser Technologies, Inc.**                  Case No.  **11-11315**
                                    Debtor(s)        Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **12** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 31, 2011**             Signature   /s/ John Perry
                                                              **John Perry**
                                                              **CFO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§ 152 and 3571.

**In Re: Raser Technologies, Inc.**
**Case No. 11-11315**
Exhibit F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date claim was incurred and consideration for claim | Subject to Setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bombay Investments | | 4061 Powers Circle | | Salt Lake City | UT | 84124 | On January 27, 2009, we entered into the Line of Credit with certain lenders (the "LOC Lenders") party thereto. Pursuant to the Line of Credit, we could borrow up to $15.0 million, subject to the final approval of each advance by the LOC Lenders. Radion, one of the LOC Lenders, is controlled by the former Chairman of our Board of Directors, Kraig Higginson. The commitment amounts under the Line of Credit from Radion was $7.2 million. Under the Line of Credit, advances were subject to the final approval of the LOC Lenders, and amounts borrowed under the Line of Credit accrue interest at the rate of 10% per annum. Under the Line of Credit, each LOC Lender received warrants (the "LOC Warrants") to purchase our common stock for each advance of funds made under the Line of Credit. The number of shares underlying each LOC Warrant is equal to 50% of the total amounts funded by the applicable LOC Lender divided by the closing price of our common stock on the date of the advance. The LOC Warrants have an exercise price of $6.00 per share. Under the line of credit we had borrowed approximately $7.6 million from Radion. On June 29, 2010, Radion assigned the rights, interests and privileges to a portion of our Line of Credit which were previously held by Radion to Bombay Investments. | | | | | $436,096.00 |
| Evergreen Clean Energy, LLC | | 4626 N. 300 W. | Suite 305 | Provo | UT | 84604 | On January 27, 2009, we entered into the Line of Credit with certain lenders (the "LOC Lenders") party thereto. Pursuant to the Line of Credit, we could borrow up to $15.0 million, subject to the final approval of each advance by the LOC Lenders. Radion, one of the LOC Lenders, is controlled by the former Chairman of our Board of Directors, Kraig Higginson. The commitment amounts under the Line of Credit from Radion was $7.2 million. Under the Line of Credit, advances were subject to the final approval of the LOC Lenders, and amounts borrowed under the Line of Credit accrue interest at the rate of 10% per annum. Under the Line of Credit, each LOC Lender received warrants (the "LOC Warrants") to purchase our common stock for each advance of funds made under the Line of Credit. The number of shares underlying each LOC Warrant is equal to 50% of the total amounts funded by the applicable LOC Lender divided by the closing price of our common stock on the date of the advance. The LOC Warrants have an exercise price of $6.00 per share. Under the line of credit we had borrowed approximately $7.6 million from Radion. On June 29, 2010, Radion assigned the rights, interests and privileges to a portion of our Line of Credit which were previously held by Radion to Evergreen Clean Energy Fund, LLC. | | | | | $2,412,352.00 |

**In Re: Raser Technologies, Inc.**
**Case No. 11-11315**
Exhibit F
Creditors Holding Unsecured Claims

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date claim was incurred and consideration for claim | Subject to Setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indenture Trustee for $55 million, 8% Convertible Notes; The Bank of New York Mellon Trust Company, N.A.; Corporate Trust, CF | | 700 South Flower St. | Suite 500 | Los Angeles | CA | 90017 | On March 26, 2008, we closed $50 million from the issuance of 8.00% Convertible Senior Notes due 2013 and on April 1, 2008 we closed an additional $5.0 million in connection with the issuance of 8.00% Convertible Senior Notes due 2013. Interest payments are due semi-annually each April 1 and October 1. | | | | | $57,200,000.00 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Merrill Lynch, Pierce, Fenner & Smith Incorporated | 1 Bryant Park | 26th Floor | New York | NY | 10036 | Amended and Restated Promissory Note dated June 30, 2010 | N | | | X | $21,372,000.00 |
| Pratt & Whitney Power Systems, Inc. | | 400 Main St, M/S 191-13 | | East Hartford | CT | 06108 | Unsecured retainer withheld until substantial completion is achieved at the Thermo No. 1 plant. | N | | | X | $4,299,750.00 |
| | | | | | | | | | | | Total: | **$85,720,198.00** |

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. | Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|---|
| Beecher Carlson - Boston | 15 Broad Street | 8th Floor | | Boston | MA | 02109 | USA | Commercial Liability; Auto; All Risk Property; Control of Well | Purchaser |
| Canaccord Genuity | 161 Bay Street, Suite 3000 | | | Toronto | ON | M5J2S1 | Canada | Exclusive Financial Advisor to strategic and financial alternative for Raser. Success fee of 3.0% of the slaes price totaling at least $750,000 upon a sale "Change in Control" transaction; success fee of 3.0% of the consideration totaling at least $500,000 for a sale transaction with no "Change in Control". Breakup fee of 25% of the aggregate consideration up to $750,000 for change in control transaction and 25% of the aggregate consideration of up to $500,000 for a non-change in control transaction. | Purchaser |
| Diversified Insurance Group | 136E. South Temple Street | Suite 2300 | | Salt Lake City | UT | 84111 | USA | Workers Compensation Fund | Purchaser |
| Diversified Insurance Group | 136E. South Temple Street | Suite 2300 | | Salt Lake City | UT | 84111 | USA | Directors and Officers Insurance | Purchaser |
| EsNet Riverwoods Properties, L.C. | 5255 North Edgewood Drive, | Suite 200 | Attn: Mr. Kevin Flanagan | Provo | UT | 84604 | USA | Rental of 3,737 square feet office space for our corporate headquarters. ($6,875 per month) | Lessee |

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. | Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen Co-Development Agreement | Vintage Building No. 3, 3rd Floor | 4626 North 300 West | | Provo | UT | 84604 | USA | Agreement to co-develop Projects that Raser or its affiliates intend to develop and/or own, in whole or part, having an aggregate Capacity of up to 100 MWs (the "Co-Development Right"). "Capacity" shall mean the number of megawatts available for sale under a Project's power purchase agreement. (b) In consideration for the right to co-develop the Projects on the terms set forth herein, Evergreen shall pay Raser a buy-in amount (the "Buy-In Amount") in respect to each Project equal to (A) $250,000 multiplied by (B) the projected Capacity (in MWs) for such Project as determined by the Pro Forma Projection in respect of such Project. | Purchaser |
| Evolution Markets, Inc. | 10 Bank Street | Suite 410 | | White Plains | NY | 10606 | USA | Brokerage Fees for City of Anaheim and Salt River Project PPA's ($641,368 contingent upon sales of electricity- 50% upon close of PPA and 50% upon 60 days after commerical operation of client) | |
| FCF Benefits Administration | 707 W. 700 S. | Suite 105 | Attn: Ron Wright | Woods Cross | UT | 84047 | USA | Administration of Cafeteria Plan benefits withheld from Raser Technologies employees payroll (no monthly fee) | Purchaser |
| Interlink Management Corporation | 1005 S. 1300 W. | | | South Jordan | UT | 84095 | USA | 4% carried equity interest or cash flow in the Tanguban Peraju project company | Purchaser |

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. | Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|---|
| Interwest Transfer Company, Inc. | 1981 East 4800 South | Suite 100 | | Salt Lake City | UT | 84117 | USA | Annual Transfer Agent and registrar services for a minimum of $750 annual fee. | Purchaser |
| Les Olson Company | 3244 South 300 West | | | Salt Lake City | UT | 84115 | USA | Rental of 3 copiers at our corporate headquarters ($857 per month) | Lessee |
| Meridian Investments, Inc. | 5694 Mission Center Road | | | San Diego | CA | 92108-4255 | USA | Exclusive Advisory & Placement Agent services which include identifying, soliciting, and advising upon the selection of potential investors or lenders with respect to the sale of the interests in Thermo No. 1, No. 2, No. 3 and Lightning Dock projects. | Purchaser |
| Pacific Gas & Electric company | 245 Market Street | | | San Francisco | CA | 94177 | USA | Delivery of two PHEV prototypes | Seller |
| PT Indonesia Power | Jl. Gatot Subroto kav. 18 | 8th Floor | | Jakarta | | 12950 | Indonesia | Performance of feasibility study in connection with the USTDA grant | Contractor |
| PT Indonesia Power | Jl. Gatot Subroto kav. 18 | 8th Floor | | Jakarta | | 12950 | Indonesia | Shareholders agreement which has not met condition precedent of approval from the Board of Directors of Raser | Shareholder |
| PT. Tangkuban Parahu Geeothermal Power | Jalan Kemenangan II nomor 54 | Rukun Tetangga 005, Rukun Warga 003, Keluahan Glodok, Kecamatan Taman | | Jakarta | | | Indonesia | 44170 (Hectacres) of Geothermal concession by Indonesian government. | Agent |
| State of Utah, School Trust Lands | 675 E. 500 So. | Suite 500 | | Salt Lake City | UT | 84102 | USA | 1920 Acres of Geothermal Rights (ML 50761) | Lessee |
| State of Utah, School Trust Lands | 675 E. 500 So. | Suite 500 | | Salt Lake City | UT | 84102 | USA | 1922.2 Acres of Geothermal Rights (ML 50762) | Lessee |
| State of Utah, School Trust Lands | 675 E. 500 So. | Suite 500 | | Salt Lake City | UT | 84102 | USA | 1160.13 Acres of Geothermal Rights (ML 50922) | Lessee |

| Name of other parties to lease or contract | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. | Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|---|
| State of Utah, School Trust Lands | 675 E. 500 So. | Suite 500 | | Salt Lake City | UT | 84102 | USA | 2294.12 Acres of Geothermal Rights (ML 50763) | Lessee |
| State of Utah, School Trust Lands | 675 E. 500 So. | Suite 500 | | Salt Lake City | UT | 84102 | USA | 1959.88 Acres of Geothermal Rights (ML 50764) | Lessee |
| UTC Power assigned to Pratt Whitney Power Systems, Inc. | 400 Main St, M/S 191-13 | | | East Hartford | CT | 06108 | USA | Purchase contract which gives exclusivity to purchase PWPS PureCycle turbines | Purchaser |
| UTC Power assigned to Pratt Whitney Power Systems, Inc. | 400 Main St, M/S 191-13 | | | East Hartford | CT | 06108 | USA | Sourcing and Development Agreement which gives exclusivity to purchase PWPS PureCycle turbines | Purchaser |
| VIA Automotive, Inc. (aka VIA Motors, Inc.) | 975 N. 1430 W. | | | Orem | UT | 84057 | USA | After the initial asset purchase, Via Motors will require additional equity investment of not less than $10 million (the "Additional Initial Capital"). In addition to the foregoing consideration, Via Motors is obligated to close on not less than $10 million of additional equity or equity-linked securities in Via Motors to fund the Additional Initial Capital. Such Equity or equity-linked securities shall dilute only the 61% of the common equity initially issued to the Investor Group and shall not dilute the approximate 39% of the common equity initially issued to us. | Seller |