U.S. Department of Justice

Office of the United States Trustee

District of Delaware

J. Caleb Boggs Federal Building

844 King Street, Lockbox 35, Suite 2207

Wilmington, Delaware 19801

Tel. (302) 573-6491          Fax (302) 573-6497

## CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: Raser Technologies, Inc.

CASE NUMBER: 11-11315(KJC)

DATE PETITION FILED: 04/29/2011

TIME OF MEETING: 11:00a.m.

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 5209, Wilmington, DE 19801

ORIGINAL 341 (a): 06/2/2011

ADJOURNED 341 (a) N/A

DEBTORS ATTORNEY (APPEARING): Michael Wilson, Esquire & Jamie Edmenson, Esquire
                                                (Hunton & Williams)          (Bayard)


COUNSEL/CRED/COMM. (APPEARING): Richard Bernard, Esquire
FIRM NAME:                                      (Foley & Lardner)

WITNESS (NAME & TITLE):  John Perry, CFO
SCHEDULES FILED: 06/1/11                    NO (  )

WHY HAVE SCHEDULES NOT BEEN FILED: N/A

WHEN WILL SCHEDULES BE FILED: By

HAS DEBTOR FILED INTERIM REPORTS:      YES (X)                    NO (  )

IF NO, WHY NOT: Extension Given

WERE QUARTERLY FEES EXPLAINED:      YES (X )                    NO (  )


                                                      _/s/ David M. Klauder_____
                                                         David M. Klauder
                                                         Trial Attorney
DATE: June  2,  2011                    CONCLUDED (X)    CONTINUED (  )


MEETING CONTINUED TO OPEN DATE: (  )
MEETING CONTINUED TO SET DATE: