# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 11-11315 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATION OF COUNSEL REGARDING FINAL ORDER (I) APPROVING DEBTOR-IN-POSSESSION FINANCING PURSUANT TO 11 U.S.C. §§ 105(a), 362, AND 364 AND FED. BANKR. P. 2002, 4001 AND 9014 AND LOCAL BANKRUPTCY RULE 4001-2; (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362 AND 363 OF THE BANKRUPTCY CODE; (III) GRANTING ADEQUATE PROTECTION AND SUPERPRIORITY ADMINISTRATIVE CLAIMS; AND (IV) GRANTING RELATED RELIEF

I, Jamie L. Edmonson, Esquire, proposed co-counsel for the above-captioned debtors and debtors in Possession (collectively, the "Debtors"), hereby certify the following:

1. On April 29, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014, (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Granting Adequate Protection to Prepetition Secured*

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV 02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC. For the purpose of these chapter 11 cases, the service address for all Debtors is: Raser Technologies, Inc., 5152 North Edgewood Drive, Provo, UT 84604.

{BAY:01817341v1}

*Parties, and (IV) Scheduling a Final Hearing Pursuant to Fed R. Bankr. P. 4001(b) and (c)* [Docket No. 9] (the "Motion").

2. On May 3, 2011, the Court entered the *Interim Order (I) Approving Debtor-In-Possession Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 34] (the "Interim Order").

3. On May 24, 2011, the Debtors filed the *Notice of Filing of Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief* [Docket No. 114] (the "Proposed Final Order").

4. On May 25, 2011, the Debtors filed the *Notice of Filing Exhibit A to Final Order (I) Approving Debtor-In-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 And 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; and (IV) Granting Related Relief* [Docket No. 117] (the "DIP Credit Agreement").

5. On May 31, 2011, the Debtors filed a revised form of Final Order and DIP Credit Agreement under notice [Docket No. 137] (the "Revised Final Order").

6. At a hearing held on June 1, 2011, the Court approved the entry of the Final Order, pending review.

7. Attached hereto as Exhibit A is a further revised form of Final Order, which has been circulated and approved by the objecting parties. Attached hereto as Exhibit B is a blackline of the Final Order, which has been compared to the Revised Final Order filed on May 31, 2011.

WHEREFORE, the Debtors request that the Court enter the Final Order at its earliest convenience.

Dated: June 2, 2011  
Wilmington, Delaware

BAYARD, P.A.

By:    */s/ Jamie L. Edmonson*  
Neil B. Glassman (No. 2087)  
Jamie L. Edmonson (No. 4247)  
GianClaudio Finizio (No. 4253)  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801  
Phone: (302) 655-5000  
Fax: (302) 658-6395  
nglassman@bayardlaw.com  
jedmonson@bayardlaw.com  
gfinizio@bayardlaw.com

-and-

Peter S. Partee, Sr. (N.Y. Bar No. 4484234)  
Richard P. Norton (N.Y. Bar No. 3975737)  
HUNTON & WILLIAMS LLP  
200 Park Avenue, 53rd Floor  
New York, New York 10166-0136  
Telephone: (212) 309-1000  
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 788-8200
Telecopier: (804) 788-8218

*Proposed Attorneys for Debtors
and Debtors-in-Possession*