# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) ) ) | Case No. 11-11315 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 26, 2011 AT 10:00 A.M. (EASTERN TIME)

**I. WITHDRAWN MATTER**

1.  Motion of Party-In-Interest, Prescott Lovern, for Court Appointed Trustee [Filing Date: 06/15/11; Docket No. 197]

    Related Documents:

    a.  Amended Motion of Party-In-Interest, Prescott Lovern, for Leave to Take Section 2004 Examinations, with Discovery [Filing Date: 06/15/11; Docket No. 198]

    Response Deadline: July 19, 2011 at 4:00 p.m.

    Responses Received:

    a.  Objection of Kraig Higginson to Amended Motion of Prescott Lovern for Leave to Take Fed. R. Bankr. P. 2004 Examinations, with Discovery filed by Kraig Higginson [Filing Date: 7/19/11; Docket No. 282]

    Status: This matter will be withdrawn.

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC.

[2] **Amended items appear in bold.**

**II.     UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

2. Motion for Entry of an Order Authorizing the Debtors to Reject that Certain Syndication Services and Placement Agreement [Filing Date: 6/27/11; Docket No. 232]

    Related Documents:

    a. Certificate of No Objection [Filing Date: 7/22/11; Docket No. 284]

    b. **Order Authorizing the Debtors to Reject that Certain Syndication Services and Placement Agreement [Date Entered: 7/25/11; Docket No. 297]**

    Response Deadline:  July 19, 2011 at 4:00 p.m.

    Responses Received:  None.

    **Status:  An order has been entered.  No hearing is necessary regarding this matter.**

3. Application of The Debtors for Entry of an Order Pursuant to Section 327(e) of The Bankruptcy Code Authorizing the Employment and Retention of Sichenzia Ross Friedman Ference LLP as Special Corporate and Securities Counsel for The Debtors and Debtors-In-Possession Nunc Pro Tunc to The Petition Date [Filing Date: 7/1/11; Docket No. 246]

    Related Documents:

    a. Certificate of No Objection [Filing Date: 7/22/11; Docket No. 285]

    b. **Order Authorizing the Employment and Retention of Sichenzia Ross Friedman Ference LLP as Special Corporate and Securities Counsel for the Debtors and Debtors-In-Possession Nunc Pro Tunc to the Petition Date [Date Entered: 7/25/11; Docket No. 296]**

    Response Deadline:  July 19, 2011 at 4:00 p.m.

    Responses Received:  None.

    **Status:  An order has been entered.  No hearing is necessary regarding this matter.**

**III.    CONTESTED MATTERS GOING FORWARD**

4. Notice of Disclosure Statement Hearing [Filing Date: 6/21/11; Docket No. 217]

Related Documents:

    a.     Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 6/21/11; Docket No. 215]

    b.     Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 6/21/11; Docket No. 216]

    **c.**     **Amended Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization fo Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 292]**

    **d.**     **Amended Disclosure Statement (Blackline) with Respect to the First Amended Joint Plan of Reorganization fo Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 293]**

    **e.**     **Amended Chapter 11 Plan of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 294]**

    **f.**     **Amended Chapter 11 Plan (Blackline) of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date; Docket No. 295]**

Response Deadline: July 19, 2011 at 4:00 p.m.

Responses Received:

    a.     Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/19/11; Docket No. 281]

    **b.**     **Motion for Leave to File a Response to Objection of Evergreen - FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 291]**

**Status: This matter is going forward.**

5.     Debtors' Motion for Order (I) Approving The Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject The Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing

Objections (A) To Confirmation of The Plan, and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under The Plan; and (IV) Granting Related Relief [Filing Date: 7/8/11; Docket No. 263]

Related Documents:

a. **Amended Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization fo Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 292]**

b. **Amended Disclosure Statement (Blackline) with Respect to the First Amended Joint Plan of Reorganization fo Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 293]**

c. **Amended Chapter 11 Plan of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 294]**

d. **Amended Chapter 11 Plan (Blackline) of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date; Docket No. 295]**

Response Deadline: July 19, 2011 at 4:00 p.m.

Responses Received:

a. Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/19/11; Docket No. 281]

b. **Limited Objection to Debtors' Motion to Approve Order (I) Approving The Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject The Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections (A) To Confirmation of The Plan, and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under The Plan; and (IV) Granting Related Relief filed by the Official Committee of Unsecured Creditors [Filing Date: 7/22/11; Docket No. 287]**

c. **Motion for Leave to File a Response to Objection of Evergreen - FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect**

to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 291]

**Status:** This matter is going forward.

| | |
|---|---|
| Dated: July 25, 2011<br>Wilmington, Delaware | BAYARD, P.A.<br><br>By:   /s/ GianClaudio Finizio<br>Neil B. Glassman (No. 2087)<br>Jamie L. Edmonson (No. 4247)<br>GianClaudio Finizio (No. 4253)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Phone: (302) 655-5000<br>Fax: (302) 658-6395<br>nglassman@bayardlaw.com<br>jedmonson@bayardlaw.com<br>gfinizio@bayardlaw.com<br><br>-and-<br><br>Peter S. Partee, Sr. (N.Y. Bar No. 4484234)<br>Richard P. Norton (N.Y. Bar No. 3975737)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue, 53rd Floor<br>New York, New York 10166-0136<br>Telephone: (212) 309-1000<br>Telecopier: (212) 309-1100<br><br>-and-<br><br>Michael G. Wilson (VSB No. 48927, DE No. 4022)<br>Henry P. (Toby) Long, III (VSB No. 75134)<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8200<br>Telecopier: (804) 788-8218<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |