# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RASER TECHNOLOGIES, INC., *et al.*, | ) | Case No. 11-11315 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: N/A** |
| | ) | **Objection Deadline: N/A** |
| | ) | |
| | ) | **Re: Docket Nos. 215, 217, 263, 281, and 291** |

## MOTION OF EVERGREEN – FE LIGHTNING DOCK, LLC FOR LEAVE TO FILE AN OBJECTION TO THE AMENDED DISCLOSURE STATEMENT AND SUR-REPLY TO DEBTORS' RESPONSE TO OBJECTION OF EVERGREEN – FE LIGHTNING DOCK, LLC TO DEBTORS' DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF RASER TECHNOLOGIES, INC. AND ITS AFFILIATED DEBTORS

Evergreen – FE Lightning Dock, LLC ("**FE-Evergreen**"), by and through its undersigned counsel, hereby files its motion (the "**Motion**") for leave to file an objection (the "**Objection**") to the Disclosure Statement (the "Amended Disclosure Statement") with Respect to the First Amended Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors dated July 22, 2011 [Docket No. 294] and sur-reply (the "**Sur-Reply**") to the Debtors' Response (the "**Response**") to the Objection of Evergreen-FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors beyond the deadline established by Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). In support of this Motion, FE-Evergreen respectfully represents as follows:

## BACKGROUND

1. On June 21, 2011, the Debtors filed the Disclosure Statement with Respect to the Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors [Docket No.

1

883171

215] and the Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors [Docket No. 216].

2. On July 8, 2011, the Debtors filed the Motion to Approve Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections (A) to Confirmation of the Plan, and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under the Plan; and (IV) Granting Related Relief [Docket No. 263] (the "**Disclosure Statement Motion**").

3. The objection deadline for the Disclosure Statement Motion was July 19, 2011 at 4:00 p.m. (ET).

4. On July 19, 2011, FE-Evergreen filed the Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors [Docket No. 281].

5. On July 22, 2011, the Debtors filed their Response to FE-Evergreen's Initial Objection [Docket No. 291].

## REQUEST FOR RELIEF

6. By this Motion, FE-Evergreen respectfully requests authority to file an Objection to the Amended Disclosure Statement and Sur-Reply to the Debtors' Response in order to provide the Court with a written reply to certain issues raised by the Debtors' Response, the Amended Disclosure Statement, and the Amended Plan.

883171

## BASIS FOR RELIEF

7. Local Rule 9006-1(d) provides that "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."

8. The deadline for FE-Evergreen to file a sur-reply to the Debtors' Response was July 21, 2011 at 4:00 p.m. (ET). However, the Debtors' Response, the Amended Disclosure Statement, and the Amended Plan were filed late in the day on July 22, 2011, and raise certain new issues and presents additional legal arguments. Accordingly, FE-Evergreen felt compelled to address these issues in a written filing with the Court. FE-Evergreen respectfully requests that this Court authorize FE-Evergreen to file its Objection and Sur-Reply. FE-Evergreen submits that consideration of the Objection and Sur-Reply will assist the Court in evaluating the Amended Disclosure Statement and related matters.

9. No prejudice will be caused by permitting FE-Evergreen to file its Objection and Sur-Reply because the issues and arguments related thereto can be addressed in oral argument at the hearing scheduled for July 26, 2011 at 10:00 a.m. (ET). Additionally, the filing of the Objection and Sur-Reply after the deadline will not prejudice the Debtors because their counsel will be served with the Objection and Sur-Reply via email and hand delivery immediately upon the filing of this Motion.

883171

WHEREFORE, for the foregoing reasons, FE-Evergreen respectfully requests that the Court enter an order authorizing FE-Evergreen to file the Objection and Sur-Reply attached hereto.

Dated: July 25, 2011
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI SHUGHART PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com

-and-

MOSES & SINGER LLP
Mark N. Parry
Alan Gamza
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-554-7800
Fax: 212-554-7700

*Counsel for Evergreen – FE Lightning Dock, LLC*