# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RASER TECHNOLOGIES, INC., *et al.*, ) | Case No. 11-11315 (KJC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 300 |

**ORDER UNDER 11 U.S.C. §§ 102 AND 105, BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e) SHORTENING NOTICE WITH RESPECT TO THE EMERGENCY MOTION OF EVERGREEN – FE LIGHTNING DOCK, LLC FOR AN ORDER (I) PURSUANT TO 11 U.S.C. §§ 105(A) AND 1121(D) TERMINATING THE EXCLUSIVE PERIODS AS TO LIGHTNING DOCK AND (II) PURSUANT TO 11 U.S.C. §§ 105(A) AND 1125, DELAYING SOLICITATION WITH RESPECT TO THE JOINT PLAN OF REORGANIZATION OF RASER TECHNOLOGIES, INC. AND ITS AFFILIATED DEBTORS AS IT RELATES TO LIGHTNING DOCK, IF AND WHEN THE DISCLOSURE STATEMENT WITH RESPECT THERETO IS APPROVED**

Upon the motion (the "**Motion to Shorten**") of Evergreen – FE Lightning Dock, LLC ("**FE-Evergreen**") for entry of an order under Bankruptcy Code section 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e), providing that the notice period for the *Emergency Motion of Evergreen – FE Lightning Dock, LLC for an Order (I) Pursuant to 11 U.S.C. §§ 105(a) and 1121(d) Terminating the Exclusive Periods as to Lightning Dock and (II) Pursuant to 11 U.S.C. §§ 105(a) and 1125, Delaying Solicitation With Respect to the Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors as it Relates to Lightning Dock, If and When the Disclosure Statement with Respect Thereto is Approved* (the "**Motion**") be shortened as permitted by Local Rule 9006-1(e) to permit a hearing on the Motion at the Court's earliest convenience with a corresponding objection deadline for any parties wishing to file objections to the Motion set for the same date and time as the scheduled hearing on the Motion; and it appearing that the Court has jurisdiction over this matter; and this Court having fully considered the record before it; and ~~proper and adequate notice of the Motion to~~

~~Shorten and the Motion is sufficient under the circumstances; and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore,~~ it is hereby

ORDERED THAT:

~~1. The Motion to Shorten is GRANTED as set forth herein.~~

~~2. The objection deadline for the Motion is _____, 2011 at ____ .m. (ET).~~

1. A scheduling hearing ~~on~~ the Motion is scheduled for July 26, 2011 at 10:00 a.m. (ET).

2. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

3. This Court shall, and hereby does, retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       July 25, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2101233.1