# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RASER TECHNOLOGIES, INC., *et al.*, | ) | Case No. 11-11315 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _302_ |

## ORDER AUTHORIZING EVERGREEN – FE LIGHTNING DOCK, LLC LEAVE TO FILE AN OBJECTION TO THE AMENDED DISCLOSURE STATEMENT AND SUR-REPLY TO DEBTORS' RESPONSE TO OBJECTION OF EVERGREEN – FE LIGHTNING DOCK, LLC TO DEBTORS' DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF RASER TECHNOLOGIES, INC. AND ITS AFFILIATED DEBTORS

Upon the motion (the "**Motion**") of Evergreen – FE Lightning Dock, LLC ("**FE-Evergreen**") for leave to file an objection (the "**Objection**") to the Disclosure Statement with Respect to the Disclosure Statement (the "Amended Disclosure Statement") with Respect to the First Amended Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors dated July 22, 2011 [Docket No. 294] and sur-reply (the "**Sur-Reply**") to the Debtors' Response (the "**Response**") to the Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and its Affiliated Debtors [Docket No. 291] beyond the deadline set forth in Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware; and it appearing that the Court has jurisdiction over this matter; and this Court having fully considered the record before it; it is hereby

ORDERED THAT:

1. The Motion is GRANTED.

2. Leave is granted for FE-Evergreen to file the Objection and Sur-Reply to the Amended Disclosure Statement and the Debtors' Response, respectively.

3. This Court shall, and hereby does, retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
July 25, 2011

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge