# SIGN-IN-SHEET

CASE NAME: Raser Technologies, Inc.
CASE NO.   11-11315-KJC

COURTROOM LOCATION: 5
DATE: July 26, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Poncho | Hogan Lovells | Linden & Tenor |
| Joseph Barry | YCST | " |
| Peter Partee | Hunton + Williams | Debtors |
| Michael Wilson | " | " |
| Neil Glassman | Bayard | |
| GianClaudio Finizio | " | |
| Kimberly EC Lawson | Reed Smith LLP | Merrill Lynch |
| Aaron Trub | Loizides Sadler | Biggman Group |
| Wes Christian | Christian Smith & Jewell | Higgins Group |
| Mark Parry | Moses + Singer | Evergreen-FE |
| Alan Ganza | Moses + Singer | Evergreen-FE |
| Justin Edelson | Polsinelli Shughart | Evergreen-FE |
| Marisa Terranova | Richards Layton & Finger | Via Motors |

# SIGN-IN-SHEET

**CASE NAME:** Raser Technologies, Inc.  **COURTROOM LOCATION:** 5
**CASE NO.** 11-11315-KJC  **DATE:** July 26, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Garvan McDaniel | Bifferato Gentilotti | Hiss-inssu |
| [signature] | Whyte & Case | Creditors Committee |
| [signature] | Foley Lardner | " |
| [signature] | " | " |
| Brett Fallon | Morris James LLP | Prudential Insurance Co. of America |
| " | " | Zurich American Insurance Co |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 07/26/2011
Calendar Time: 10:00 AM ET

*2nd Revision 07/25/2011 03:59 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Raser Technologies, Inc. | 11-11315 | Hearing | 4358851 | Laura L. Gee | (713) 659-7617 | Christian Smith & Jewell | Interested Party, Kraig Higginson / LISTEN ONLY |
| | | Raser Technologies, Inc. | 11-11315 | Hearing | 4358878 | Mark X. Mullin | 214-651-5000 | Haynes and Boone, LLP | Creditor, Merrill Lynch, Pierce, Fenner & Smith Incorporated / LIVE |
| | | Raser Technologies, Inc. | 11-11315 | Hearing | 4357874 | Judith Ross | 214-953-6500 | Baker Botts, LLP | Creditor, The Prudentional Ins. Co. of America & Zurich American Ins. Co. / LIVE |
| | | Raser Technologies, Inc. | 11-11315 | Hearing | 4359764 | Victor Zhao | (202) 307-0958 | Department of Justice | Creditor, Bonneville Power Administration / LIVE |