**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RASER TECHNOLOGIES, INC., *et al.*,[1] | ) ) ) | Case No. 11-11315 (KJC) |
| Debtors. | ) ) ) ) | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC[2] HEARING ON JULY 29, 2011 AT 10:00 A.M. (EASTERN TIME)**

**I.   ADJOURNED MATTER**

1.  Emergency Motion to Approve an Order (I) Pursuant to 11 U.S.C. Sections 105(a) and 1121(d), Terminating the Exclusive Periods as to Lightning Dock and (II) Pursuant to 11 U.S.C. Sections 105(a) and 1125, Delaying Solicitation with Respect to the Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors as it Relates to Lightning Dock, If and When the Disclosure Statement with Respect Thereto is Approved Filed by Evergreen FE Lightning Dock, LLC [Filing Date: 07/25/11; Docket No. 300]

    Related Documents:

    a.  Motion to Shorten Notice with Respect to Emergency Motion to Approve an Order (I) Pursuant to 11 U.S.C. Sections 105(a) and 1121(d), Terminating the Exclusive Periods as to Lightning Dock and (II) Pursuant to 11 U.S.C. Sections 105(a) and 1125, Delaying Solicitation with Respect to the Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors as it Relates to Lightning Dock, If and When the Disclosure Statement with Respect Thereto is Approved [Filing Date: 07/25/11; Docket No. 301]

---

[1] The Debtors are the following: Raser Technologies, Inc., Raser Technologies Operating Company, Inc, Raser Power Systems, LLC, RT Patent Company, Inc., Pacific Renewable Power, LLC, Western Renewable Power, LLC, Intermountain Renewable Power, LLC, Los Lobos Renewable Power, LLC, Columbia Renewable Power, LLC, Truckee Geothermal No. 1 SV-01, LLC, Truckee Geothermal No. 2, SV-04, LLC, Trail Canyon Geothermal No. 1 SV-02, LLC, Devil's Canyon Geothermal No. 1 SV-03, LLC, Thermo No. 1 BE-01, LLC, Thermo No. 2 BE-02, LLC, Thermo No. 3 BE-03, LLC, Cricket Geothermal No. 1 MI-01, LLC, Harmony Geothermal No. 1 IR-01, LLC, Lightning Dock Geothermal HI-01, LLC, and Klamath Geothermal No. 1 KL-01, LLC.

[2] The hearing is a telephonic hearing before The Honorable Kevin J. Carey. Any person who wishes to appear at the July 29, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (ET) on Thursday, July 28, 2011 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009, available at http://www.deb.uscourts.gov/Chambers/Telephonic_Procedures.pdf.

b. Order (WITH REVISIONS MADE BY THE COURT) Shortening Notice with Respect to the Emergency Motion of Evergreen -Fe Lightning Dock, LLC for an Order (I) Pursuant to 11 U.S.C. Sections 105(a) and 1121(d), Terminating the Exclusive Periods as to Lightning Dock and (II) Pursuant to 11 U.S.C. Sections 105(a) and 1125, Delaying Solicitation with Respect to the Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors as it Relates to Lightning Dock, If and When the Disclosure Statement with Respect Thereto is Approved [Date Entered: 7/25/11; Docket No. 303]

Response Deadline: July 26, 2011 at 10:00 a.m.

Responses Received: None.

Status: This matter is adjourned to a date and time to be determined if not otherwise withdrawn.

## II. CONTESTED MATTERS GOING FORWARD

2. Notice of Disclosure Statement Hearing [Filing Date: 6/21/11; Docket No. 217]

   Related Documents:

   a. Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 6/21/11; Docket No. 215]

   b. Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 6/21/11; Docket No. 216]

   c. Amended Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization for Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 292]

   d. Amended Disclosure Statement (Blackline) with Respect to the First Amended Joint Plan of Reorganization for Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 293]

   e. Amended Chapter 11 Plan of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 294]

   f. Amended Chapter 11 Plan (Blackline) of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date; Docket No. 295]

   Response Deadline: July 19, 2011 at 4:00 p.m.

Responses Received:

- a. Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/19/11; Docket No. 281]

- b. Motion for Leave to File a Response to Objection of Evergreen - FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 291]

Status: This matter is continued from the July 26, 2011 hearing and will be going forward. The Debtors reached an agreement with Evergreen-FE and intend to present the final details in connection with a consensual plan.

3. Debtors' Motion for Order (I) Approving The Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject The Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections (A) To Confirmation of The Plan, and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under The Plan; and (IV) Granting Related Relief [Filing Date: 7/8/11; Docket No. 263]

Related Documents:

- a. Amended Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization for Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 292]

- b. Amended Disclosure Statement (Blackline) with Respect to the First Amended Joint Plan of Reorganization for Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 293]

- c. Amended Chapter 11 Plan of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 294]

- d. Amended Chapter 11 Plan (Blackline) of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date; Docket No. 295]

Response Deadline: July 19, 2011 at 4:00 p.m.

Responses Received:

a. Objection of Evergreen – FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/19/11; Docket No. 281]

b. Limited Objection to Debtors' Motion to Approve Order (I) Approving The Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject The Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving the Form and Manner of Notice of The Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections (A) To Confirmation of The Plan, and (B) Proposed Cure Amounts Related to Contracts and Leases Assumed Under The Plan; and (IV) Granting Related Relief filed by the Official Committee of Unsecured Creditors [Filing Date: 7/22/11; Docket No. 287]

c. Motion for Leave to File a Response to Objection of Evergreen - FE Lightning Dock, LLC to Debtors' Disclosure Statement with Respect to Joint Plan of Reorganization of Raser Technologies, Inc. and Its Affiliated Debtors [Filing Date: 7/22/11; Docket No. 291]

Status: This matter is continued from the July 26, 2011 hearing and will be going forward. The Debtors reached an agreement with Evergreen-FE and intend to present the final details in connection with a consensual plan.

Dated: July 27, 2011  
Wilmington, Delaware

BAYARD, P.A.

By: */s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Fax: (302) 658-6395
nglassman@bayardlaw.com
jedmonson@bayardlaw.com
gfinizio@bayardlaw.com

-and-

Peter S. Partee, Sr. (N.Y. Bar No. 4484234)
Richard P. Norton (N.Y. Bar No. 3975737)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

-and-

Michael G. Wilson (VSB No. 48927, DE No. 4022)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

*Attorneys for Debtors
and Debtors-in-Possession*