# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Raser Technologies, Inc. |
| **Case Number:** | 11-11315-KJC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 30, 2011 11:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Confirmation
   **R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Adjourned
#2 and 3 - Orders Due